```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STRUCTURED ASSET SALES, LLC,

                      Plaintiff,

       -against-

EDWARD CHRISTOPHER SHEERAN
Personally Known as ED SHEERAN, et al.,

                      Defendants.
-------------------------------------------------------------X

18 Civ. 5839 (LLS)

**ORDER**

        The points raised in letters from counsels to the Court, dated April 7, 2020 (plaintiff), April 8, 2020 (one defendant's, two plaintiff's), April 10, 2020 (defendant) and April 13, 2020 (plaintiff), which converge on the importance of the "deposit copy" issue in this case, are resolved as follows:

        Defendants' statement on page two of their counsel's April 10, 2020 letter, that "Defendants are prepared to file a motion for summary judgment based on the deposit copy" is allowed, and they may do so without any further need for a pre-motion conference.

        So Ordered.

Dated: New York, New York
       April 16, 2020

                                            *Louis L. Stanton*
                                            LOUIS L. STANTON
                                                U.S.D.J.