# EXHIBIT 2

**(BY)  LAWRENCE FERRARA, Ph.D.**

**(FOR) LAWRENCE FERRARA, INC.**

**REPORT REGARDING**

**"LET'S GET IT ON"**

**AND**

**"THINKING OUT LOUD"**

## I.      INTRODUCTION AND SUMMARY

1.      My faculty rank at New York University is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in New York University's Steinhardt School.  I have written and co-written published books and articles (in peer-reviewed journals) regarding music analysis, methodologies in music research, and other scholarly areas related to music.  I sit on editorial boards of peer-reviewed journals.  I have provided analyses and opinions in connection with music copyright issues for more than 20 years.  My *curriculum vitae* is attached as **Appendix 1***.*

2.      I have been asked to complete a comparative musicological analysis of the compositions in the U. S. Copyright Office Deposit Copy of "Let's Get It On" written by Ed Townsend and Marvin Gaye (hereafter "LGO") dated July 17, 1973 and "Thinking Out Loud" written by Ed Sheeran and Amy Wadge (hereafter "TOL").  It is my understanding that "Thinking Out Loud" was released in 2014.

3.      I was also asked to review and respond to the report of Dr. John Covach dated April 22, 2020 (hereafter "the Covach Report").

1

<u>Summary Of Findings Regarding My Affirmative Report</u>

4.      On the basis of my musicological analysis, which is described below, it is my professional opinion that LGO and TOL do not share any objectively significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate.  The limited musical similarity between LGO and TOL is based on the fact that they both employ a common chord progression, which is not identical in TOL and not expressed in the same manner.  The LGO chord progression was commonly used in well-known songs prior to LGO and after LGO.  (In fact, as discussed more fully below, the Covach Report, at Paragraph 6 thereof, admits that the LGO chord progression is "a very common progression, used in many songs.")  In addition to the chord progression, both songs employ a centuries-old and commonplace technique termed "anticipation"[1].  Whether considered individually or in combination, the use of these two elements in LGO merely reflects the combination of a common chord progression and a well-worn musical building block (<u>i.e.</u>, anticipation) that did not originate with LGO but were freely available for use by Ed Townsend and Marvin Gaye, and remained freely available to other songwriters subsequent to LGO.  That same similarity and use is embodied in well-known works that predate LGO such as "Georgy Girl" (as recorded by 101 Strings Orchestra and released in 1967) and "Since I Lost My Baby" (as recorded by Ray French and released in1966) and in well-known works that postdate LGO but predate TOL such as "I've Got Love On My Mind" recorded by Natalie Cole (released in 1977).

5.      After removing the similarity between the chord progressions and harmonic rhythm (including the anticipations) in LGO and TOL that are also found in these prior art works, <u>zero</u> harmonic similarity remains between LGO and TOL. Moreover, there is nothing particularly novel, unique, or distinctive about combining the centuries-old anticipation technique with any particular chord progression, let alone a

---

[1]      The anticipation of a chord involves the iteration of a chord on a preceding weak beat instead of on a strong beat. See "Anticipation" in *The New Grove Dictionary of Music and Musicians* (Oxford University Press, Second Edition, 2001, Volume 1, p. 731).

commonplace chord progression.  The fact that other composers (both before and after LGO) have used this same combination of a commonplace chord progression and a commonplace rhythmic musical building block (i.e., anticipation) is not indicative that subsequent composers, including Ed Townsend and Marvin Gaye, copied from the first composer who happened to combine these two basic musical elements.

6.       Thus, from a musicological perspective, the only similarities between LGO and TOL are attributable to commonplace musical elements that pre-exist LGO in famous songs, and cannot be used to support a claim of copying without according LGO a monopoly over these basic musical elements, the use of which pre-existed LGO and the use of which would now be denied to all subsequent writers.  As a result, when viewed within the context of prior art, this chord progression and harmonic rhythm similarity is musicologically insignificant and, as an objective matter, does not indicate or suggest copying.

Summary Of Findings Regarding The Covach Report

7.       Central to the thesis of the Covach Report is its reliance on three elements that he claims make up the claimed "backing pattern" used in each song.  The "three" elements which Dr. Covach relies upon and combines are (1) the chord progression, (2) the "bass line" and (3) the harmonic rhythm (the rate of change) of the chords.  In his conclusion, Dr. Covach specifically admits that "[i]t is likely that prior works could be identified that use all three of these elements individually, and perhaps even two of them together." [Covach, p. 24]

8.       Compounding matters, at another point, Dr. Covach refers to the "backing pattern" as "a combination of music played from the sheet music by a competent musician, as well as the equivalent combination as it is played by **the drums, bass, and guitar and/or keyboards in the recordings**."  [Covach, p. 3, emphasis added].  Dr. Covach further claims that "[i]n the case of both recordings considered here, this combination of instruments functions as the accompaniment to the vocal line."  [*Id.*].

3

9.      As an initial matter, LGO does not include a bass part, guitar part, keyboard part or drum part.  There are countless ways in which "competent musicians" can create drum rhythms, bass parts, guitar parts, and keyboard parts along with this chord progression that would function "as the accompaniment to the vocal line".  Those countless ways are not objectively expressed in LGO.  Dr. Covach's opinion regarding what musicians might play on the drums, bass, guitar and/or keyboards "as the accompaniment" is mere speculation and not objectively present in LGO.  Thus, Dr. Covach's report and opinion rely heavily on a combination of musical elements that are not in LGO.  On this basis alone, his report is flawed.

10.     With respect to the bass, as noted above, LGO does not notate a bass part.  Conceding that LGO "does not notate a separate bass part" [Covach, p. 9], Dr. Covach relies upon the lowest notes of the chords in LGO to infer a "bass line."  Dr. Covach's "bass line" should not be confused with a bass part – e.g., to be performed by a bass player.  The "bass line" inferred by Dr. Covach is not what LGO instructs a bass player to perform; rather, it is one of myriad choices available to a bass player, as demonstrated more fully below in this Report.  Dr. Covach's opinion regarding a bass line that performers might play is merely speculative and not objectively present in LGO.  Indeed, there are countless possible bass lines that could be devised.

11.     Further, Dr. Covach's "bass line" is simply the lowest note of each chord, and thus derived entirely from the chord progression.  The "bass line" inferred by Dr. Covach does not represent an additional, separate allegedly similar element between the two works.  In other words, Dr. Covach's flawed comparison of what he terms the "bass line" in LGO is nothing more than an analysis of the chords in LGO.  Thus, while Dr. Covach identifies "three" alleged similarities between LGO and TOL, in reality, there are only two alleged similarities – two similarities which he acknowledges are common.

12.     Regardless, even assuming one were to consider the "bass line" inferred by Dr. Covach in LGO – which is dictated by the chord progression in LGO – this "bass line" is significantly different from the bass line in TOL, as demonstrated more fully below in this Report.

4

13.     Accordingly, while Dr. Covach admits that the "bass line" is fundamental to his conclusion regarding the claimed "backing pattern", he concedes that LGO does not notate a bass part, and the "bass line" inferred by Dr. Covach derives entirely from the LGO chords and thus does not represent an additional, distinct element (additionally, the "bass line" inferred by Dr. Covach commonly appears in prior art).  Further still, even if one were to consider the "bass line" inferred by Dr. Covach, as demonstrated below, it is markedly different from the bass line in TOL.

14.     When stripped of what does not appear in LGO but only in the Marvin Gaye recording, the only "similarities" that remain are the chord progression and the harmonic rhythm, both of which are commonplace musical elements.

15.     Regarding the chord progression, Dr. Covach concedes that the (I, iii, IV and V) chord progression is not actually in TOL.  He further concedes this chord progression "cannot really be considered original" [Covach, p. 20] and that "This is a very common progression, used in many songs…." [Covach, p. 5].  I agree.

16.     Regarding the harmonic rhythm, and, specifically, the anticipation of chords in each song, there is nothing unique or special about using the technique of anticipation, a centuries-old musical building block.  Moreover, as shown below, many objective differences exist between the harmonic rhythms in each song.  Indeed, one must disregard the many objective differences and cut in half the value of the notes and chords in LGO to represent that the harmonic rhythm between the chord progressions at issue in LGO and TOL is the same.  Even ignoring these objective differences, as shown below, songs that were well-known prior to LGO and after LGO embody the similarities cited by Dr. Covach that actually appear in LGO.  Moreover, as shown below, at least twenty-nine (29) songs that pre-date LGO embody the LGO and TOL chord progressions that Dr. Covach placed at issue (as well as the "bass line" that Dr. Covach infers from the LGO chords).

17.     After removing the similarities between the chord progressions and the harmonic rhythm (with anticipations) that are found in prior art works, zero harmonic similarity remains between LGO and TOL.  The fact that other composers, before

5

Townsend and Gaye and subsequent to Townsend and Gaye, have combined these elements together is not indicative that the subsequent composers, including Townsend and Gaye, copied from the first composer or from one of the intermediate works.

18.     With respect to Dr. Covach's harmonic rhythm similarity, Ed Sheeran regularly utilized this rhythmic anticipation technique prior to creating TOL.  As identified in **Visual Exhibit I**, Ed Sheeran wrote or co-wrote at least  twenty songs prior to 2014 that employ this musical building block.  In ten (50%) of those twenty songs, anticipation occurs in the second and fourth chords of a chord progression, which is also the case in TOL and LGO.  Thus, before co-authoring TOL with Amy Wadge, Ed Sheeran, as a composer, frequently used the well-worn musical technique of anticipation of chords and, in ten of his earlier songs, anticipation within the harmonic rhythm occurs in the second and fourth chords of a chord progression as in LGO and TOL.

19.     Dr. Covach also claims that a vocal melody in TOL is "strikingly similar" to a vocal melody in LGO.  That is demonstrably false.  Rather, as shown below, the melodies are markedly different and share no notable similarity, much less striking similarity, even *as transcribed in the Covach Report*.  Furthermore, the very thin melodic similarities in LGO and TOL that are placed at issue in the Covach Report are not unique.  In fact, they can be found in the well-known song "Camptown Races" by Stephen Foster (first published in 1850) which includes the well-known lyrical refrain "oh doo-dah day".

Materials Used In The Analysis Of LGO And TOL

20.     The following materials were used in my analysis of LGO and TOL:  (1) a copy of the U.S. Copyright Office Deposit Copy of LGO which is stamped with the date July 17, 1973 and the copyright # EP314589 (attached as **Visual Exhibit A**); (2) an mp3 of TOL that I downloaded from iTunes (attached as **Audio Exhibit 1**); (3) published sheet music of TOL that I downloaded from musicnotes.com (attached as **Visual Exhibit C**); and (4) published sheet music and/or sound recordings of related music.

6

Overall Methodology

21.     I compared LGO and TOL by using the following overall methodology: (1) analysis of LGO and TOL in their entirety, (2) analysis of each of their component elements individually and in combination, (3) analysis of prior art and other related music, and (4) analysis of LGO and TOL in their entirety within the context of the analysis of their component parts, prior art, and other related music.

Musical Compositions And Basic Terminology

22.     A musical composition is composed of certain distinct and identifiable elements that can be analyzed separately, and in combination.  When analyzing two compositions in order to form an opinion in music copyright infringement claims, some elements are more fundamental to determining similarities or differences than others, namely: (1) structure; (2) harmony; (3) rhythm; and (4) melody, and when present, (5) lyrics.[2]  On the other hand, similarities or differences in the key (e.g., if two compositions are in the same key or in different keys), tempo (i.e., how fast or slow), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums, synthesizers, etc.), and style or genre (e.g., hip hop, country, etc.) are less significant insofar as they represent musical building blocks and/or commonplace practices used in countless musical compositions.  Brief definitions of the five enumerated elements listed above follow.

> (a) **Structure** is the organization of musical units or musical groups, often dictated by the development of the melody and/or lyrics.  The larger portions or sections of *songs* (i.e., works that include the human voice singing a text) are generally referred to as "Verses" and "Choruses".  The material within Verses and Choruses consists of "phrases".

[2]     For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and in the view of many musical professionals)…the basic elements of music are:  melody, harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford University Press, 2008, p. 156) In addition and as cited in Rosen (footnote 19 on page 156):  "In *Tisi v. Patrick*, both experts were in agreement 'that the elements to be considered on the question of similarity between [the two songs] were structure, melody, harmony and rhythm.' 97 F.Supp.2d 539,543 (S.D.N.Y.2000)."

(b) **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords."  A "triad" is a basic type of chord that consists of three pitches built on intervals of a third.[3]  (An "interval" names the number of tones or space between two pitches.)  A sequence of chords is referred to as a "harmonic progression".  "Harmonic rhythm" is the rate of change of chords.[4]

(c) **Rhythm** refers to the pattern and organization of the time values of sounds and silences as well as the overall rhythmic flow and feel in musical time.[5]

(d) **Melody** is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure.  "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale.[6]

(e) **Lyrics** are the words (or text) that are sung or spoken in a song.


## II.      ANALYSIS OF LGO AND TOL

23.     The musical composition in LGO (see **Visual Exhibit A**) includes:

- Chord symbols (e.g., Eb, Gm, Ab, Bb7) written above the musical staffs on all five pages;
- Vocal melody notated within the musical staffs on all five pages;

---

[3]      See "Harmony" in *The Harvard Dictionary of Music* (Fourth Edition, 2003, Harvard University Press, p. 379) and *The New Grove Dictionary of Music and Musicians* (Oxford University Press, Second Edition, 2001, Vol. 10, p. 858).

[4]      See "Harmonic rhythm" in *Harvard* (p. 376) and *Grove* (Vol. 10, p. 854).

[5]      See "Rhythm" in *Harvard* (p. 723) and *Grove* (Vol. 21, p. 277).

[6]      See "Melody" in *Harvard* (p. 499) and *Grove* (Vol. 16, p. 363).

- Lyrics written below the musical staffs on all five pages;

- Corresponding curved lines above and straight horizontal lines below the musical staffs that identify the singing of two or more notes on a single syllable on all five pages;

- The treble clef ($\oint$)[7] sign only at the beginning of the first musical staff which indicates the position of all of the pitches on the lines and spaces of the musical staffs;

- The "key signature"[8] (three lower case "b's") immediately to the right of the treble clef, only at the beginning of the first musical staff, which indicates the key of the musical composition, namely E-flat major; and

- The meter[9] (a 4 placed over a 4) immediately to the right of the three lower case "b's", only at the beginning of the first musical staff, which indicates a pattern of four rhythmic quarter-note pulses (beats) per measure[10].

24.     On the other hand, the five pages of sheet music which constitute the musical composition in LGO do not include or indicate:

- A "tempo" (i.e., the speed at which the music is performed)[11];

- A specific bass part;

- Drum rhythms; or

- Any particular instrumentation (e.g., guitar, keyboard, wind instruments, string instruments) whether in terms of the particular order, number, or

---

[7]     See "Clef" in *Harvard* (p. 188).

[8]     See "Key" in *Harvard*, p. 442.

[9]     See "Meter" in *Harvard*, p. 506.

[10]    A "measure" (also termed a "bar") is a unit of musical time demarcated by vertical lines termed "bar lines."  In 4/4 meter, a measure consists of four beats, each with the value of a "quarter note".  *See* "Measure" in *Harvard*, p. 496, and "Note" in *Harvard*, p. 517.

[11]    *See* "Tempo" in *Harvard*, p. 873.

9

rhythm of notes, or what instruments might be playing those notes as an accompaniment to the vocal melody.

## II. A.  FORM/STRUCTURE

25.     On the basis of my analysis of the structure in LGO and TOL, I found no significant structural similarities.

26.     A structural chart provides a map of the structural sections in a musical composition.  The charts of the respective structures in LGO and TOL presented immediately below include the name of each structural section and the number of measures in each structural section.  Insofar as the musical composition in TOL is embodied in a sound recording performance, the commencement time (within 1 second) of each structural section is also charted.  In **Visual Exhibit B**, I handwrote measure ("mm.") numbers and structural section names in LGO.

| LGO: Structure | | TOL: Structure | | |
|---|---|---|---|---|
| Verse 1 | 16 mm. | 0:00 | Verse 1A & 1B | 16 mm. (8 mm. each) |
| Chorus 1 | 16 mm. | 0:48 | Pre-chorus 1 | 8 mm. |
| Verse 2 | 16 mm. | 1:13 | Chorus 1 | 10 mm. |
| Verse 3 | 16 mm. | 1:43 | Verse 2A & 2B | 16 mm. (8 mm. each) |
| Bridge 1 | 32 mm. | 2:32 | Pre-chorus 2 | 8 mm. |
| Verse 4 | 16 mm. | 2:56 | Chorus 2 | 10 mm. |
| Chorus 2 | 16 mm. | 3:26 | Interlude (gtr. solo) | 8 mm. |
| Bridge 2 | 8 mm. | 3:50 | Chorus 3 | 15 mm. |
| Outro | 30 mm. | | | |

27.     As demonstrated in the chart immediately above, LGO and TOL incorporate generic structural building blocks in music through the use of Verse and Chorus sections.  By way of difference:

- There are two Pre-chorus sections in TOL, but none in LGO;
- There are two Bridge sections in LGO (consisting of a total of 40 measures), but

10

none in TOL;

- There is an Interlude in TOL, but not in LGO; and

- There is a 30-measure Outro (or ending section) in LGO, but not in TOL.

28.    In summary, on the basis of my analysis I found that there are no objectively significant structural similarities between the two songs, but there are structural differences.

## II. B.  HARMONY

29.    On the basis of my analysis of the harmonies in LGO and TOL, I found that there are no objectively significant harmonic similarities.

30.    LGO is written in the key of E-flat major.  TOL is recorded in the key of D major.  In keeping with widely accepted musicological practices, I transposed[12] LGO to the key of D major to facilitate a comparison with TOL.

31.    Musicologists often use Roman numerals to identify chords in musical compositions.  The key of D major is based on the D major scale.  A chord can be built on each scale degree, 1-7, and identified with a Roman numeral.  For example, in the key of D major:

- A "D major chord" is built on scale degree 1 and is identified as a "I" chord;

- An "F-sharp minor chord" is built on scale degree 3 and is identified as a "iii" chord[13];

- A "G major chord" is built on scale degree 4 and is identified as a "IV" chord; and

---

[12]    "Transposition" is the act of transferring music from one key to another, note for note.  The relationship of all the notes to one another remains the same.  See "Transposition" in *Harvard* (p. 904).

[13]    Upper case Roman numerals denote "major" chords and lower case Roman numerals denote "minor" chords.

11

- An "A major chord" is built on scale degree 5 and is identified as a "V" chord.

<u>The Chord Progression In LGO Was In Common Use Prior To LGO</u>

32.    The sole chord progression in the Verses, Choruses, and Outro in LGO is charted in Roman numerals immediately below.

LGO:        **I    iii    IV    V7**[14]

33.    This chord progression does not change or vary throughout the Verses, Choruses, and Outro, <u>i.e.</u>, throughout most of LGO.  The only parts of LGO with a different chord progression are the two Bridge sections (see **Visual Exhibit B** in which I wrote the structural section names on LGO).

34.    Notably, this very same I, iii, IV, V7 chord progression is featured in guitar student and songwriter method books.  For example, the book, as per its subtitle, *Money Chords: A Songwriter's Sourcebook of Popular Chord Progressions*, features "popular chord progressions".  At Page 57 therein, the book includes the heading, "The most frequent progressions that begin with the 'E' chord [<u>i.e.</u>, a "I" chord in the key of E major] and then move to the "G#" chords [<u>i.e.</u>, "iii" or "III" chords in the key of E major] are as follows".  The book then lists the same I, iii, IV, V7 chord progression that is used throughout most of LGO.  Thus, this songwriter book of "popular chord progressions" characterizes and includes the I, iii, IV, V7 chord progression as one of the "most frequent progressions" to start with a "I" chord followed by a "iii" chord.  Copies of the book title page, bibliographic page, and page 57 in this book are attached as **Visual Exhibit D**.  I added a handwritten arrow on page 57 to pinpoint the I, iii, IV, V7 chord progression (written in the key of E major).

35.    Moreover, the same I, iii, IV, V7 chord progression used in most of LGO is featured in the guitar student method book, *Guitar for Advanced Beginners*.  The book title page, bibliographic page, and the pages that feature the  I, iii, IV, V7 chord

---

[14]    A "7" placed after a Roman numeral denotes the addition of a pitch that is the interval of a minor seventh above the "root" or name of the chord.

progression are attached as **Visual Exhibit E.**  Therein, I added a handwritten arrow on page 75 to pinpoint the Roman numerals in the chord progression, I, iii, IV, V7.  I also added a handwritten arrow on page 84 from the same book and included in **Visual Exhibit E** to pinpoint the I, iii, IV, V7 chord progression written as letters in the key of A major.  Also on page 84 of the same book, Dan Emery, the guitar method book's author, writes that the I, iii, IV, V chord progression was "a common progression" when Marvin Gaye used it in LGO, as cited immediately below.

> "By the way, even though '**Let's Get It On**' was recorded in 1973, which is AFTER dozens of other *I-iii-IV-V* songs were recorded, I firmly believe that Marvin Gaye did not plag[i]arize the song—he was simply writing a song using a common progression, just like every other professional songwriter does." [p. 84, *Guitar for Advanced Beginners*, upper case and bold font in the original]

36.    Thus, at least two method books list the identical I, iii, IV, V7 chord progression employed throughout most of LGO by Townsend and Gaye, categorizing it as "a popular chord progression" and one of the "most frequent chord progressions" and the other stating that it was "common" by the time it was used in LGO.  As noted above, Dr. Covach does not dispute that the chord progression is commonplace.  Notably and as shown below, nowhere in TOL is there a I, iii, IV, V7 chord progression.

37.    Removing the "7" from the "V7" chord in LGO, the basic chord progression that remains is the I, iii, IV, V chord progression.  This  I, iii, IV, V chord progression in LGO was in common use prior to LGO's 1973 copyright.  I have identified twenty-five (25) songs that predate LGO and seventeen (17) additional songs released between 1973 and 2013 (before the 2014 release of TOL), a total of forty-two songs, that embody the basic I, iii, IV, V chord progression in LGO.[15]  Herein, I am listing below

---

15    I am certain that many more examples exist, and that I would find many more if I spent more time looking.  My goal in examining prior art is not to examine all of the millions of songs that have ever existed.  Indeed, that would be impossible.  Rather, I reviewed a representative sample of hundreds of songs, and even from that limited sample of songs, I readily identified some forty-two (42) songs, preceding and succeeding LGO, that used the I-iii-IV-V progression.  In other words, consistent with the method books I cited, the I-iii-IV-V progression is common.

13

thirteen of those twenty-five songs that predate LGO and use this basic chord progression.  All forty-two songs that embody the basic  I, iii, IV,  V chord progression are listed in **Visual Exhibit H**.

    a.      "True Love Ways" (1960) Buddy Holly and (1965) Peter & Gordon

    b.      "Last One to Know" (1960) The Fleetwoods

    c.      "Once Upon a Dream" (1962) Billy Fury

    d.      "A Summer Song" (1964) Chad and Jeremy

    e.      "Fun, Fun, Fun" (1964) The Beach Boys

    f.      "Downtown" (1964) Petula Clark

    g.      "I Go to Pieces" (1965) Peter & Gordon

    h.      "You Didn't Have to Be So Nice" (1965) The Lovin' Spoonful

    i.      "Georgy Girl" (1967) 101 Strings Orchestra

    j.      "Different Drum" (1967) Stone Poneys

    k.      "Hurdy Gurdy Man" (1968) Donovan

    l.      "I Started a Joke" (1968) The Bee Gees

    m.      "Crocodile Rock" (1972) Elton John

There Are Multiple Chord Progressions In TOL And Not One Of Them Is The Same As The Basic "I   iii   IV   V" Chord Progression In LGO

38.    There are multiple chord progressions in TOL and not one of them is the same as the I, iii, IV, V7 (or simplified I, iii, IV, V) chord progression in LGO[16].  I have

---

[16]    The only other chord progressions in LGO are in the Bridge sections and consist of IV, I, iii, IV, V7 and IV, ii, V7 which are different from the chord progressions in TOL.

14

analyzed the chord symbols in the TOL published sheet music and found them to be accurate.  The TOL published sheet music is attached as **Visual Exhibit C** (in the keys of D major and E-flat major).  In **Visual Exhibit F**, I handwrote the structural section names in the TOL published sheet music.

39.     Charted below is the I, iii, IV, V chord progression in LGO (in **bold** font) placed over chord progressions that are the most similar to TOL.  None of the chord progressions in TOL are the same as the I, iii, IV, V7 (or even the basic I, iii, IV, V) chord progression in LGO.

| **LGO:** | **I** | **iii** | **IV** | **V7** | |
|---|---|---|---|---|---|
| **TOL** #1: | I5 | I/3 | IV5 | Vsus2 | (in Verse A) |
| **TOL** #2: | I5 | I/3 | IV5 | V5 | (in Verse A) |
| **TOL** #3: | I | I/3 | IV | Vsus2 | (in Verse B) |
| **TOL** #4: | I | I/3 | IV | V | (in Verse B, Chorus & Interlude) |
| **TOL** #5: | I | I/3 | IV | V11 | (in Verse B, Chorus & Interlude) |
| **TOL** #6: | I | I/3 | IV | Vsus4 | (in Interlude) |

40.     As shown in the chart immediately above,[17] not one of the chord progressions in TOL is the same as the I, iii, IV, V7 (or basic I, iii, IV, V ) chord

---

[17]     In the chart above, in keeping with accepted musicological practices, a "5" after a Roman numeral denotes that the "third" of the chord is omitted; only the "root" (i.e., the name of the chord) and the pitch that is a fifth above the root are present.  A "/3" after a Roman numeral denotes that the third scale degree is the lowest note of the chord, rather than the root of the chord.  A "sus2" after a Roman numeral denotes that the "third" of the chord is omitted or "suspended" and replaced with the pitch that is the interval of a 2nd above the root.  An "11" after a Roman numeral denotes an "11th chord", which is a major chord with added pitches that are the interval of a 7th, 9th, and 11th above the root of the chord.

progression in LGO.  Of the six chord progressions in TOL charted immediately above, the two chord progressions in TOL with the least differences as compared with the I, iii, IV, V7 (or even the basic I, iii, IV, V) chord progression in LGO are #4 and #5 as charted immediately below.

| **LGO:** | **I** | **iii** | **IV** | **V7** |
|---|---|---|---|---|
| **TOL** #4: | I | I/3 | IV | V |
| **TOL** #5: | I | I/3 | IV | V11 |

41.     Thus, even when comparing the two chord progressions in TOL with the least differences as compared with the chord progression in LGO, the chord progressions are still not the same (and both of them are common chord progressions that have been used multiple times in works prior to both LGO and TOL).

42.     Importantly, even if the chord progression in TOL were the same as LGO's chord progression, i.e., simplified to a basic I, iii, IV, V chord progression (which it never is in TOL), that basic chord progression in LGO was in common use *prior to* LGO (and also after LGO), is described in songwriter and guitar method books as "a popular chord progression", one of the "most frequent chord progressions", and as "common" by the time it was used in LGO as shown above (and there is no dispute about the commonality of this chord progression by Dr. Covach).

The Chord Progression And Harmonic Phrase Structure In The Chorus Of "Get Off Of My Cloud" (1965) By The Rolling Stones Is More Similar To The Chord Progression And Harmonic Phrase Structure In The Chorus Of TOL Than Between Any Section Of LGO And The Chorus Of TOL

43.     Even when one strips away the "7" from the fourth chord in LGO (see the charts at Paragraphs 39-40 above), which is a difference in the LGO and TOL chord progressions, the basic chord progressions that remain in LGO and TOL are still not identical as shown immediately below.

16

<u>Roman numerals simplified</u>

LGO:  I   **iii**   IV   V

TOL:  I   **I/3**   IV   V

44.     As noted above, regarding the basic  I, **iii**, IV, V chord progression in LGO, I have identified twenty-five (25) songs that predate LGO and seventeen (17) additional songs released between 1973 and 2013 (before the 2014 release of TOL), a total of forty-two  songs, that embody the basic I, iii, IV, V chord progression in LGO.  (See **Visual Exhibit H**.)  Regarding the basic I, **I/3**, IV, V chord progression in TOL, I have identified four songs that predate LGO and six songs released between 1973 and 2013 (before the 2014 release of TOL), a total of ten songs, that embody the basic I, **I/3**, IV, V chord progression in TOL.  (These ten songs are also listed in **Visual Exhibit H**, for a total of 52 songs.)  Herein, I present an analysis of this basic  I, **I/3**, IV, V chord progression in TOL that is featured in the Chorus of the classic song "Get Off of My Cloud" (hereafter "GOMC") by The Rolling Stones and released in 1965, eight years before LGO.

45.     In addition to sharing the same basic  I, **I/3**, IV, V chord progression (which is not in LGO), the harmonic phrase structure in the Chorus of GOMC is more similar to the harmonic phrase structure in the Chorus of TOL than between any section of LGO and the TOL Chorus.  In the Chorus of GOMC and TOL, the basic I, I/3, IV, V chord progression is respectively iterated 3 or 4 times followed by a <u>breaking away</u> from the I, I/3, IV, V  chord progression to other chords in the final measures of the Chorus.  By way of difference, the basic I, iii, IV, V chord progression in the LGO Chorus (and the other sections therein) is static and unchanged, as charted immediately below.

17

GOMC:      I, **I/3**  IV   V   3X,  then <u>break away</u> with bVII,  V,  I,  IV,  V,  IV

TOL:       I, **I/3**, IV,  V   4X,  then <u>break away</u> with vi,  V,  IV,  I/3,  ii7,  V,  I

LGO:       I, **iii**,  IV,  V   4X,  ending the section with <u>no</u> break away

46.      The  I, I/3, IV, V chord progression in TOL and GOMC constitute harmonic phrases that are <u>two measures in duration</u> in both songs as seen in the TOL published sheet music in **Visual Exhibit C** and the GOMC published sheet music in **Visual Exhibit G**.  By way of difference, the I, iii, IV, V harmonic phrases in LGO are <u>four measures in duration</u> as seen in LGO in **Visual Exhibit A**.  While the chord progressions at issue in TOL and LGO are similarly iterated four times (4X) each, by way of difference, four iterations of the chord progression at issue in LGO constitute a total length of **16 measures**, but four iterations of the chord progression at issue in TOL and GMOC constitute a total length of **8 measures**.

<u>The Chord Progression In Measures 9 and 10 Of All Three Choruses In TOL Is Substantially Different From Any Chord Progression In LGO And Creates A Very Different Harmonic Structure And Impact From Any Harmonic Expression In LGO</u>

47.      The harmonic similarity between LGO and the Choruses of TOL is in <u>the first 8 measures</u> of the Choruses in TOL.  As explained above, the last two measures of the 10-measure Choruses in TOL break away from the  I, I/3, IV, V chord progression and feature the following <u>very different</u> chord progression and harmonic phrase structure in measures 9 and 10 of every Chorus in TOL charted below.

<u>Measure 9</u>      <u>Measure 10</u>

TOL:       vi,  V,  IV,  I/3      ii7,  V,  I

The chord progression in measures 9 and 10 (charted immediately above) in all three Choruses in TOL is <u>substantially different</u> from any chord progression in LGO and creates a very different harmonic structure and impact in the Choruses or "hook" of TOL from any harmonic expression in LGO.

The Harmonic Rhythm In LGO And TOL Is Not The Same

48.    The harmonic rhythm (i.e., the rate of change of the chords)[18] in LGO and TOL is not the same.  At least five objective differences exist.

49.    First, in LGO, a description of the harmonic rhythm in the 4-measure chord progression is two chords in measure 1, the continuation of the 2nd chord from measure 1 into measure 2, two chords in measure 3, and the continuation of the 2nd chord from measure 3 into measure 4.  By way of difference, in TOL, the harmonic rhythm in the 2-measure (not 4-measure) chord progression is two chords in measure 1 and two chords in measure 2.

50.    Second, the second chord of LGO's I, iii, IV, V chord progression, namely the "iii" chord, is iterated on beat 4, a "weak" beat of the measure which is an "anticipation" of the basic pulse on beat 1.  (See footnote 1 above.)  Thus, instead of being iterated on beat 1 of measure 2, the "iii" chord in LGO ("Gm") anticipates the strong beat 1 of measure 2 and is iterated on beat 4 of measure 1.  By way of difference, the second chord of TOL's I, I/3, IV, V chord progression, namely the "I/3" chord, is iterated on the second half of beat 2 (hereafter "2&"), which is on a weak beat and which anticipates the stronger beat 3 within the same measure.  Thus, by way of difference in metric placement:

- The second chord in LGO is on beat 4 and anticipates beat 1 of measure 2, while
- The second chord in TOL is on beat 2& and anticipates beat 3 of measure 1.

51.    Third, the fourth chord of LGO's I, iii, IV, V chord progression, namely the "V" chord, is iterated on beat 4, a "weak" beat of the measure.  Thus, instead of being iterated on beat 1 of measure 4, the "V" chord in LGO ("Bb7") anticipates the strong beat 1 of measure 4 and is iterated on beat 4 of measure 3.  By way of difference, the

---

[18]    See "Harmonic rhythm" in *Harvard* (p. 376) and *Grove* (Vol. 10, p. 854).

19

fourth chord of TOL's I, I/3, IV, V chord progression, namely the "V" chord, is iterated on beat 2&, which anticipates the stronger beat 3.  Thus, by way of difference in metric placement:

- The fourth chord in LGO is on beat 4 and anticipates beat 1 of measure 4, and
- The fourth chord in TOL is on beat 2& and anticipates beat 3 of measure 2.

52.     Fourth, as noted in *The Harvard Dictionary of Music*, "[I]n 4/4 [meter], the first beat is the strong beat, the third beat is the next strongest, and beats two and four are the weak beats."[19]  As explained above, the second and fourth chords in LGO anticipate the first beat of the measure, which is the strongest beat of the measure, often termed the "downbeat".  On the other hand, the second and fourth chords in TOL anticipate the third beat of the measure.  Thus, beat 3, which is anticipated in the second and fourth chords in TOL, is not as strong as beat 1, which is anticipated in the second and fourth chords in LGO.

53.     Fifth, the duration of the anticipated chord is different:  in LGO each anticipated chord has a duration of a quarter note, while each anticipated chord in TOL has the duration of an eighth note, which is half the duration of a quarter note.

54.     To facilitate the analysis above, the harmonic rhythm of the chord progressions in issue in LGO and TOL is visually exemplified in Example 1 immediately below, first with the Roman numeral chord symbols placed over musical staffs and second, with the Roman numeral chord symbols placed in charted boxes.

---

[19]     See "Meter" in *Harvard* (p. 506).

## EXAMPLE 1

Roman numerals placed over musical staffs to show the harmonic rhythm



Roman numerals placed in charted boxes to show the harmonic rhythm

| | measure 1 | | | | measure 2 | | | | measure 3 | | | | measure 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| | **I** | | | **iii** | | | | | **IV** | | | **V** | | | | |

| | measure 1 | | | | measure 2 | | | |
|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | 2  2& | 3 | 4 | 1 | 2  2& | 3 | 4 |
| | **I** | **I/3** | | | **IV** | **V** | | |

55.     As demonstrated immediately above, many objective differences exist between the harmonic rhythm of LGO and TOL.  Any claim that the harmonic rhythms are the same is objectively false.  Only if one disregards the objective differences shown above and <u>cuts in half</u> the value of the notes and chords in LGO is the <u>harmonic rhythm</u> in LGO and TOL the same. Yet even then, the <u>chord progressions </u>are not the same. The basic I, **iii**, IV, V  in LGO is not the same as the basic I,  **I/3**, IV, V  in TOL.

21

<u>The Similarity Between The Chord Progressions And Harmonic Rhythm In LGO And</u>
<u>TOL Exists In Prior Art Works</u>

56.     "Georgy Girl" (1967) embodies a I, iii, IV, V chord progression in which the second and fourth chords, namely the "iii" and "V" chords, anticipate the beat. Moreover, like TOL, the harmonic phrase structure of this chord progression is <u>2 measures in duration</u>.

57.     "Since I Lost My Baby" (1966) also embodies the basic I, iii, IV, V chord progression in which the second and fourth chords anticipate the beat.  Moreover, like TOL, the harmonic phrase structure of this chord progression is <u>2 measures in duration</u>.

58.     Using the same musical staff and charted boxes format in comparing the LGO and TOL chord progressions and harmonic rhythm above, Example 2 immediately below consists of tripartite comparatives of the chord progressions and harmonic rhythms in "Georgy Girl" ("GG", recorded by 101 Strings Orchestra and released in 1967), LGO, and TOL.  As objectively shown, even after halving the duration of the 4-measure chord progression in LGO (so that it can visually line up with the 2-measure chord progressions in TOL and "Georgy Girl"), any similarity in the chord progression and harmonic rhythm (including the anticipations) between LGO and TOL is objectively embodied in "Georgy Girl" which was released six years prior to LGO.

## EXAMPLE 2



| **LGO** | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | iii | | | | | IV | | | | V | | | |

| **GG** | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | iii | | | | | IV | | | | V | | | |

| **TOL** | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | I/3 | | | | | IV | | | | V | | | |

59.     Continuing with the same musical staff and charted boxes format, Example 3 immediately below consists of tripartite comparatives of the chord progressions and harmonic rhythm in "Since I Lost My Baby" ("LMB", as recorded by Ray French and released in 1966), LGO, and TOL.  As objectively shown, even after halving the duration of the 4-measure chord progression in LGO (so that it can visually line up with the 2-measure chord progressions in TOL and "Since I Lost My Baby"), any similarity in the chord progression and harmonic rhythm (including the anticipations) between LGO and TOL is objectively embodied in "Since I Lost My Baby" which was released eight years prior to LGO.[20]

---

[20]     A third prior art song, "Downtown" (1964) recorded by Petula Clark, embodies a I, iii,  IV, V  chord progression in which the second chord, namely the "iii" chord, anticipates the beat.  Moreover, like TOL, this chord progression is 2 measures in duration.

## EXAMPLE 3



|  | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | **I** | | | **iii** | | | | | **IV** | | | | **V** | | | |

|  | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LMB** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | **I** | | | **iii** | | | | | **IV** | | | | **V** | | | |

|  | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | **I** | | | **I3** | | | | | **IV** | | | | **V** | | | |

24

60.     In summary, even after halving the duration of the 4-measure chord progression in LGO:

(A)     Any similarities between the chord progressions and harmonic rhythm (including the anticipations) in LGO and TOL are embodied in "Georgy Girl";

(B)     Any similarities between the chord progressions and harmonic rhythm (including the anticipations) in LGO and TOL are embodied in "Since I Lost My Baby"; and

(C)     Therefore, after removing the similarity between the chord progressions and harmonic rhythm (including the anticipations) in LGO and TOL that are embodied in "Georgy Girl" and "Since I Lost My Baby", <u>zero harmonic similarity remains</u> between LGO and TOL.

<u>Anticipation Is A Commonplace, Centuries-Old Musical Building Block That Ed Sheeran Frequently Used Prior To Authoring TOL And, The Harmonic Progression In TOL, Coupled With The Use Of Anticipation In TOL, Was Already In The Musical Repertoire Of Amy Wadge</u>

61.     "Anticipation" merely involves the iteration of a chord on a preceding weak beat instead of on a strong beat.  As detailed above in this Report, "anticipation" is a commonplace, centuries-old musical building block and technique.  Moreover, prior to co-writing TOL (2014), Ed Sheeran wrote or co-wrote at least twenty (20) songs that employ the commonplace anticipation technique in their harmonic rhythms.  Moreover, in ten of those twenty songs, <u>anticipation occurs in the second and fourth chords of a chord progression</u>, which is also the case in TOL and LGO.  Thus, before co-authoring TOL, Ed Sheeran frequently used the well-worn musical technique of anticipation of chords and, anticipation occurs in the second and fourth chords of a chord progression in ten of his earlier songs.

62.     Those facts reinforce my conclusion that TOL's use of anticipation is *not* indicative of copying.  Any suggestion that Ed Sheeran's use of anticipation in TOL

25

proves copying of one particular song, LGO, as opposed to merely using a commonplace, fundamental musical technique – one that was a significant part of his musical toolbox that he used in twenty of his songs before TOL – is conjecture and without any foundational basis.

63.     In addition to reviewing other compositions authored by Ed Sheeran, I reviewed a composition co-authored by TOL co-author Amy Wadge that is titled "Better Than Me".  I also understand that Amy Wadge co-authored "Better Than Me" in or around 2013, before she co-authored TOL with Ed Sheeran.  Like Ed Sheeran's pre-TOL compositions, "Better Than Me" also provides objective evidence that undercuts a claim that the harmonic similarity between LGO and TOL is a result of copying.  Not only does "Better Than Me", like TOL, use a I, I/3, IV, V chord progression, "Better Than Me" also uses the anticipation technique, anticipating the second, third, and fourth chords in the progression.  Thus, the harmonic progression in TOL, coupled with the use of anticipation in TOL, was already in the musical repertoire of Amy Wadge, which further undermines any claim that Ed Sheeran and Amy Wadge copied from LGO.

The Combination Of An Objectively Different Harmonic Progression And Objectively Different Harmonic Rhythm In TOL, As Compared To LGO, Is Not Indicative Of Copying

64.     The  I, iii, IV, V chord progression was in common use before LGO and it has been in common use after LGO.  Likewise, anticipation is a fundamental musical building block and a common rhythmic technique, used in countless songs both before and after LGO.

65.     There is nothing particularly novel, unique, or distinctive about combining the centuries-old anticipation technique with any particular chord progression, let alone a commonplace chord progression.  Using the well-worn anticipation technique in a commonplace chord progression does not evidence copying.  Otherwise, the first composer ever to combine a commonplace chord progression with the centuries-old anticipation technique would hold a monopoly on that objectively unremarkable combination, and any subsequent composer who happened to combine these same well-worn musical elements could be labeled a plagiarist.  The fact that subsequent

26

composers have combined these same well-worn elements together is not remotely significant or indicative that the subsequent composers copied from the prior composers.

66.     On that basis, I found that there are no significant harmonic similarities between LGO and TOL, but there are many harmonic differences.  Moreover, when combined with my findings regarding structure (above), I found that there are no significant structural and/or harmonic similarities, individually or in the aggregate, between LGO and TOL and no musicological evidence suggesting that any expression in TOL was copied from LGO.

## II. C.  RHYTHM

67.     On the basis of my analysis of the rhythms in LGO and TOL, I found that there are no objectively significant rhythmic similarities.

68.     LGO and TOL are in 4/4 meter or "time", also termed "common time." Countless musical compositions are in 4/4 meter.  "Common time" is a foundational musical building block.

69.     There is no inclusion or indication in LGO of any instruments (e.g., guitar, drums, keyboard, bass, wind instruments, string instruments, or percussion instruments) or any instrumental rhythms.  The musical notes in LGO consist wholly of the vocal melody.  My findings regarding the vocal melodies in LGO and TOL are presented in the section on Melody below.

70.     I did not find any significant rhythmic similarities between LGO and TOL.

71.     In summary, on the basis of my analysis of the rhythms in LGO and TOL, I found that there are no significant rhythmic similarities, but there are rhythmic differences.  Moreover, when combined with my findings regarding structure and harmony, I found that there are no significant structural, harmonic, or rhythmic similarities, individually or in the aggregate, between LGO and TOL and no musicological evidence suggesting that any expression in TOL was copied from LGO.

27

**II. D.  MELODY**

72.     On the basis of my analysis of the melodies in LGO and TOL, I found that there are no significant melodic similarities.  As explained at Paragraph 22(d) above, "melody" is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure.  "Pitch" is the specific high or low placement of a musical sound, often identified within a musical scale.

73.     I found that the vocal melodies in TOL are accurately notated in the TOL published sheet music attached as **Visual Exhibit C**.  Moreover, on the basis of my analysis of the vocal melodies in both songs, I did not find any significant melodic similarities.  To the extent Dr. Covach identifies alleged similarities, these are addressed below.

74.     In summary, on the basis of my analysis of the vocal melodies in LGO and TOL, I found that there are no significant melodic similarities but there are differences. Moreover, when combined with my findings regarding structure, harmony, and rhythm, I found that there are no significant structural, harmonic, rhythmic, or melodic similarities, individually or in the aggregate, between LGO and TOL and no musicological evidence suggesting that any expression in TOL was copied from LGO.

**II. E.  LYRICS**

75.     On the basis of my analysis of the lyrics in LGO and TOL, I found that there are no significant similarities in lyrical expression.

76.     The overall lyrics in LGO are about immediate sexual attraction and fulfillment, while the overall lyrics in TOL are about a long-term romantic love without any immediate consummation.  While the two songs incorporate the commonly used idea of a love for another person, the lyrical expression in the two songs is different.

77.     In summary, on the basis of my analysis of the lyrics in LGO and TOL, I found that there are no significant similarities in lyrical expression but there are

28

differences.  Moreover, when combined with my findings regarding structure, harmony, rhythm, and melody, I found that there are no significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate, between LGO and TOL and no musicological evidence that any expression in TOL was copied from LGO.

## II.  F.  LGO AND TOL IN THEIR ENTIRETY

78.     On the basis of my analysis of LGO and TOL in their entirety within the context of the analysis of their component elements, individually and in combination, and the analysis of prior art and related music, it is my opinion that LGO and TOL are very different songs in their entirety.

79.     There are many elements of TOL that are not at issue.  For example:

- The drum rhythms in TOL are not at issue.  In fact, there are no drums in LGO;
- The bass line in TOL is not at issue because LGO does not notate a bass part, and the "bass line" inferred by Dr. Covach into LGO is markedly different from the bass line in TOL;
- TOL's tempo is not at issue, as LGO does not specify a tempo in which to perform the work;
- The guitar solo in TOL is not at issue;
- The lyrics of TOL are not at issue.  The lyrics in LGO and TOL are significantly different; and
- The vast majority of the vocal melodies have not been placed at issue.  In fact, the only portion of the vocal melody placed in issue by Dr. Covach is 4 measures in length (out of a total of 91 measures), or, approximately 4.4% of the vocal melody in TOL.  Thus, approximately 95.6% of the vocal melody of TOL is not at issue.  Indeed, the vocal melodies in LGO and TOL are quite different.

80.     Thus, there are significant portions of TOL that are not at issue in this matter.

29

81.     Additionally, as shown above, there are multiple chord progressions in TOL and not one of them is the same as the  I, iii, IV, V7 (or simplified  I, iii, IV, V) chord progression in LGO.  (See Paragraphs 39-41 above.)  Importantly, even if the chord progression in TOL was the same as LGO's chord progression, i.e., simplified to a basic I, iii, IV, V chord progression (which it never is in TOL), that basic chord progression in LGO was in common use *prior to* LGO (and after LGO), and is described in songwriter and guitar method books as "a popular chord progression", one of the "most frequent chord progressions", and as "common" by the time it was used in LGO as shown above.

82.     Moreover, combining that commonplace chord progression with the musical building block technique of anticipation was previously embodied in well-known songs including "Georgy Girl" and "Since I Lost My Baby" that predate LGO.  There is nothing particularly novel, unique, or distinctive about combining the anticipation technique with any particular chord progression.  Using the well-worn anticipation technique in a commonplace chord progression does not evidence copying.

### III.     AFFIRMATIVE REPORT CONCLUSIONS

83.     On the basis of my musicological analysis, it is my professional opinion that LGO and TOL do not share any objectively significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate.

84.     The similarity between LGO and TOL is the use of a chord progression in LGO (that is not identical in TOL) that was commonly used in well-known songs prior to LGO (and after LGO) and a centuries-old, musical building block technique termed "anticipation".  That same use is embodied in well-known works that predate LGO such as "Georgy Girl" (released in 1967) and "Since I Lost My Baby" (as recorded by Ray French and released in 1966).  After removing the similarities between the chord progressions and harmonic rhythms (including the anticipations) in LGO and TOL that are found in these prior art works, zero similarity in the chord progressions and harmonic rhythms (including the use of anticipations) remains between LGO and TOL. Even in combination, using the well-worn anticipation technique in a commonplace chord progression does not evidence copying.  There is nothing particularly novel,

30

unique, or distinctive about combining the centuries-old anticipation technique with any particular chord progression, let alone a commonplace chord progression.  From a musicological perspective, the similarities that pre-exist LGO in famous songs cannot be used to support a claim of copying, let alone a claim of the copying of expression that can be monopolized by the authors of LGO.  As a result, when viewed within the context of prior art and the fact that the similarities derive from well-worn musical practices, the similarity between LGO and TOL is musicologically insignificant.

## IV.    REBUTTAL OF THE COVACH REPORT

## IV. A.  Introduction

The Covach Report Relies On Elements That Are Not In LGO

85.    The Covach Report heavily relies upon a claimed "backing pattern" in each song, which Dr. Covach describes as follows.

> "[T]he use in both works of a combination of a certain chord
> progression with a certain bass line, as well as through the shared
> rhythmic articulation of this chord progression-bass line
> combination…." [Covach, p. 2]

86.    At another point, Dr. Covach refers to the "backing pattern" as:

> "a combination of music played from the sheet music by a
> competent musician, as well as the equivalent combination as it is
> played by **the drums, bass, and guitar and/or keyboards <u>in the
> recordings</u>**. In the case of both recordings considered here, this
> combination of instruments functions as the accompaniment to the
> vocal line…." [Covach, p. 3, emphasis added].

87.    Dr. Covach admits that the elements bolded above are not in LGO but only in the Marvin Gaye recording.  There are countless ways in which "competent musicians" can create drum rhythms, bass lines, guitar parts, and keyboard parts that would function "as the accompaniment to the vocal line".  Those countless ways are not

31

objectively expressed in LGO.  Dr. Covach's opinion regarding what musicians <u>might</u> play on the drums, bass, guitar and/or keyboards "as the accompaniment" is mere speculation and not objectively present in LGO.  Thus, his report and opinion rely heavily on a combination of musical elements that are not in LGO.  On this basis alone, his report is flawed.

<u>There Is No Bass Part Notated In LGO And The Actual Bass Part In TOL Is Different From The Bass Line That Dr. Covach Infers From The Chords In LGO</u>

88.    LGO does <u>not</u> notate a bass part.

89.    Conceding that LGO "does not notate a separate bass part" [Covach, p. 9], Dr. Covach relies upon the lowest notes in the chords in LGO to infer a "bass line" into LGO.  To be clear, the lowest pitch in any chord is the "bass" pitch.  From this, Dr. Covach identifies the lowest pitches in the  I, iii, IV V chords in LGO (on scale degrees 1 – 3 – 4 – 5) as its "bass line".  Yet, by his own admission, Dr. Covach's inferred "bass line" derives entirely from the LGO chord progression and therefore does not represent an additional, separate allegedly similar element to be considered.

90.    Further, Dr. Covach's entire inference is faulty.  In support of his inference, Dr. Covach argues that "even though a bass part is not specified here, any performer must play a bass line of some kind in order to realize the content of the lead sheet." [*Id*]. Yet, Dr. Covach conflates a "bass <u>part</u>" (which he concedes is not notated in LGO), and a "bass <u>line</u>" which he concedes "any performer must play".  Dr. Covach's opinion regarding one particular <u>bass line</u> that performers <u>might</u> play as part of the chords is merely speculative and not objectively present in LGO.  Indeed, by including chord symbols, key and meter, LGO merely sets parameters for what <u>a</u> bass line might encompass.  But there are countless possible bass lines that could be devised as shown below.

91.    In any event, as demonstrated more fully below in this Report, even if one were to consider the "bass line" inferred by Dr. Covach – notwithstanding that LGO does not notate a bass part – the "bass line" inferred by Dr. Covach is very different

from the bass line in TOL.  Indeed, in significant contrast to LGO, there *is* a "bass part" in TOL that is present throughout the musical composition embodied in the sound recording.  Importantly, in TOL, the "bass <u>part</u>" *is* the "bass <u>line</u>".  Dr. Covach fails to present any transcription or analysis of the actual "bass part"/"bass line" in TOL, which differs markedly from the "bass line" he infers into LGO.

92.      Rather than analyze the actual bass line in TOL, Dr. Covach disregards the actual "bass part"/"bass line" in TOL, and creates a claimed "bass line" in TOL that consists only of four ascending pitches (see *Example 2b* at page 9 of the Covach Report), each of which is the lowest pitch of the corresponding chord.  Dr. Covach's 1 – 3 – 4 – 5, four-pitch line in TOL fails to represent any "bass part"/"bass line" that is actually played in TOL insofar as it disregards the rhythm, note repetition, and octave placement in the actual "bass line"/"bass part" in TOL.  Dr. Covach's flawed omission of the actual "bass part"/"bass line" throughout TOL – and the substitution thereof with an ascending four-pitch line – is faulty and without substance.

93.      In summary, while Dr. Covach admits that the "bass line" is fundamental to his conclusion regarding the claimed "backing pattern", he concedes that LGO does not notate a bass part, and the "bass line" inferred by Dr. Covach derives entirely from the LGO chords and thus does not represent an additional, distinct element (additionally, the "bass line" inferred by Dr. Covach commonly appears in prior art).  Further still, even if one were to consider the "bass line" inferred by Dr. Covach, it is markedly different from the bass line in TOL.

<u>After Removing The Inferred "Bass Line", The Covach Report Can Only Objectively Point To Two Commonplace Similarities: The Chord Progression and The Harmonic Rhythm</u>

94.      When stripped of what does not appear in LGO but only in the Marvin Gaye recording (and which cannot be implied or inferred into LGO precisely because it does not appear in it), the only "similarities" that remain are the chord progression and the harmonic rhythm, both of which are commonplace musical elements.

33

95.     Regarding the chord progression, Dr. Covach concedes that the (I, iii, IV and V) chord progression is not actually in TOL.  He further concedes this chord progression "cannot really be considered original" [Covach, p. 20] and that "This is a very common progression, used in many songs…." [Covach, p. 5].[21]  I agree.

96.     Regarding the harmonic rhythm, and, specifically, the anticipation of chords in each song, there is nothing unique or special about using the technique of anticipation, a centuries-old musical building block.  Moreover, as shown at Paragraphs 48-55 above, many objective differences exist between the harmonic rhythms in each song.  Indeed, one must disregard the many objective differences and cut in half the value of the notes and chords in LGO to represent that the harmonic rhythm between the chord progressions at issue in LGO and TOL is the same.  Even ignoring these objective differences, as shown above, songs that were well-known prior to LGO and after LGO embody the similarities cited by Dr. Covach that actually appear in LGO.  Moreover, as shown above, at least twenty-nine (29) songs that predate LGO embody the LGO and TOL chord progressions that Dr. Covach placed at issue (as well as the 1 – 3 – 4 – 5 "bass line" that Dr. Covach infers from the LGO chords).

97.     After removing the similarities between the chord progressions and the harmonic rhythm (with anticipations) that are found in prior art works, zero harmonic similarity remains between LGO and TOL.  The fact that other composers, before Townsend and Gaye and subsequent to Townsend and Gaye, have combined these elements together is not indicative that the subsequent composers, including Townsend and Gaye, copied from the first composer or from one of the intermediate works.

---

[21]     Before labeling the second chord in the chord progression at issue in TOL as a "iii" chord (a label with which I disagree), Dr. Covach labels it as "I$^6$" which is the same chord as "I/3".  In both cases, the chord is built on scale degree 1 in which the lowest note is the 3rd of the "I" chord and scale degree 3.  The "6" in "I$^6$" refers to the interval between the lowest pitch and the root of the chord above it.  Both signs are valid.

**IV. B.  The Chord Progressions**

The Covach Report Omits Differences In The Chord Progressions And Concedes That The I, iii, IV, V Chord Progression In LGO "Cannot Be Considered Original" And Is "Very Common"

98.     In the section titled "Chord Progression" starting at Page 4 of the Covach Report, the chord progression in LGO is presented as I, iii, IV, V.  However, the fourth chord of the chord progression at issue in LGO is "V7", i.e., "Bb7", as clearly seen throughout LGO and in the LGO excerpt in *Example 2c* at Page 9 of the Covach Report. The omission of the "7" on the "V7" chord should be noted in Dr. Covach's analysis.

99.     As shown at Paragraph 39 above, not one of the chord progressions in TOL is the same as the I, iii, IV, V7, (or simplified I, iii, IV, V ) chord progression in LGO. The Covach Report fails to analyze the multiple chord progressions in TOL.  Yet, even after conflating the multiple chord progressions in TOL (which never include the I, iii, IV, V chord progression) and identifying the chord progression in LGO and TOL as a I, iii, IV, V chord progression, Dr. Covach admits that the use of this chord progression in LGO "cannot really be considered original" [Covach, p. 20] and that "[t]his is a very common progression, used in many songs…." [Covach, p. 5]

**IV. C.  The Harmonic Rhythm**

Anticipation Is A Commonplace, Centuries-Old Technique That Ed Sheeran Frequently Used Prior To Authoring TOL

100.     As demonstrated above at Paragraphs 61-63, the use of anticipated chords is a commonplace, centuries-old musical technique that Ed Sheeran used in at least twenty of his songs that predate TOL.  Moreover, in ten of those twenty songs, anticipation occurs in the second and fourth chords of a chord progression, which is also the case in TOL and LGO.  The Covach report fails to consider Ed Sheeran's own pre-TOL use of the harmonic rhythm Dr. Covach placed in issue.

35

101.    As also demonstrated above, Amy Wadge co-authored a composition, "Better Than Me," before co-authoring TOL with Ed Sheeran, that uses a I-I/3-IV-V chord progression along with the anticipation technique in the second, third, and fourth chords in the progression.

The Harmonic Rhythm In LGO And TOL Is Not The Same

102.    The section titled "Distinctive Harmonic Rhythm" starts at Page 11 of the Covach Report.  As noted above, "harmonic rhythm" is the rate of change of chords.[22] Dr. Covach does not explain that, while the chord progression (and thereby the harmonic rhythm) extends over <u>four measures</u> in LGO, by way of difference, the chord progression (and thereby the harmonic rhythm) extends over <u>two measures</u> in TOL. Instead, he refers to the four-measure chord progression and harmonic rhythm in LGO as a "fast" 4/4 time signature and the two-measure chord progression and harmonic rhythm in TOL as a "slow" 4/4 version. [Covach, p. 11]  Dr. Covach states:

> "Note that the eighth notes in the "slow" 4/4 are notated as quarter notes in the "fast" 4/4 version. Otherwise there is no difference in these two ways of notating the harmonic rhythm of "Let's Get It On…." [Covach, p. 11]

103.    However, the difference in harmonic rhythm between LGO and TOL is far greater than "eighth notes in the 'slow' 4/4" and "quarter notes in the 'fast' 4/4 version" as analyzed above at Paragraphs 48-55 above.

104.    Referring to his *Examples 3a* and *3b* at Page 13 of the Covach Report, Dr. Covach writes:

> "Sheeran's "Thinking Out Loud" uses the identical harmonic rhythm as found in Gaye's "Let's Get It On," and this is shown in example 3b." [Covach, p. 14]

---

[22]    See "Harmonic rhythm" in *Harvard* (p. 376) and *Grove* (Vol. 10, p. 854).

105. That is objectively false. First, the harmonic rhythm in LGO in *Example 3a* of the Covach Report is only achieved after ignoring the many objective differences both in the harmonic rhythm and in the anticipations in the chord progressions in LGO and TOL explained at Paragraphs 48-55 above. Second, Dr. Covach's transcriptions in his *Examples 3a* and *3b* are misleading: *Example 3a* is an extrapolation of the LGO chords that speculates on the chord "spacing" (i.e., the placement of the pitches in a chord[23]) and *Example 3b* does not accurately represent what is played in TOL. Dr. Covach's speculations represented in these transcriptions suggest much more similarity between the pitches and spacing in the chords in LGO and TOL than is objectively present.

106. Thus, all that remains is the simple use of a centuries-old and commonplace technique (i.e., anticipation) that merely involves the iteration of a chord on a preceding weak beat instead of on a strong beat, a use that is not even expressed the same way in LGO and TOL (and was used by the authors of TOL before they created TOL). As I stated in my affirmative report, combining these two elements, both of which were commonplace and readily available to Townsend and Gaye to use and remained readily available for Wadge and Sheeran to use, does not suggest copying of LGO whatsoever.

After Removing The Similarity Between The Chord Progressions and Harmonic Rhythm In LGO And TOL That Are In Prior Art Works, Zero Harmonic Similarity Remains Between LGO And TOL

107. The Covach Report fails to consider prior art (while admitting, without specific reference to any prior works, that there is a large body of musical works preceding LGO that used the commonplace chord progression in LGO and that the harmonic rhythm in LGO also pre-existed LGO's creation). In fact, at least two prior art works embody the I, iii, IV, V chord progression ("Georgy Girl" and "Since I Lost My Baby") in which the second and fourth chords anticipate the beat. (See Paragraphs 56-60 above.) Moreover, like TOL, the harmonic phrase structure of this chord progression is 2 measures in duration, unlike LGO which is 4 measures in duration. (In addition,

---

[23]    See "Spacing" in *Harvard* (p. 834).

37

based on Dr. Covach's methodology for inferring a "bass line" from chords, "Georgy Girl" and "Since I Lost My Baby" also embody Dr. Covach's purported 1 – 3 – 4 – 5 "bass line" similarity.)  This is completely missed in the Covach Report.

108.   Even after halving the duration of the 4-measure chord progression in LGO, any similarities between the chord progressions and harmonic rhythm (including the anticipations) in LGO and TOL are embodied in "Georgy Girl" and "Since I Lost My Baby" (and the same is also true if one includes the "bass line" inferred by Dr. Covach, which is not expressed as a separate bass part in LGO).  Therefore, after removing the similarity between the chord progressions and harmonic rhythm (including the anticipations) in LGO and TOL that are embodied in prior works, zero harmonic similarity remains between LGO and TOL.

## IV. D.  The "Bass Line"

LGO Does Not Notate A Bass Part, And Dr. Covach's Opinion That "A Specific Bass Line Is Indicated By The Chord Symbols" In LGO Is Wrong And Contradictory

109.   As explained above at Paragraphs 23-24, LGO does not notate or otherwise express a bass part.  Dr. Covach instead infers one particular "bass line" from the chords by reference to the lowest pitches in the chords in LGO.  While LGO, by including chord symbols, key and meter, may set parameters for what a bass line might encompass, there are countless possible bass lines that could be devised as shown below.

110.   Immediately below, I have listed the scale degrees of the three pitches that constitute each chord in the  I, iii, IV, V chord progression that Dr. Covach identifies in LGO.

| I | iii | IV | V |
|---|-----|----|----|
| 5 | 7 | 1 | 2 |
| 3 | 5 | 6 | 7 |
| 1 | 3 | 4 | 5 |

38

As shown in the chart immediately above, every note of the scale, 1-7, is included as constituents of the I, iii, IV, V chord progression.  Moreover, as shown in my transcription of the most frequently played bass guitar pattern in TOL below, a "competent musician" (to use Dr. Covach's term) creating a bass line using LGO's sheet music could include notes that are not part of the concurrent chord.

111.    Dr. Covach also disregards the octave placements of the pitches in the "bass line".  For example, using Dr. Covach's 1 - 3 - 4 - 5 "bass line", after a bass guitarist plays scale degree 1, the next scale degree is "3".  However, a bass guitarist could <u>ascend by 4 half steps</u> from scale degree 1 to scale degree 3, or, <u>descend by 8 half steps</u> from scale degree 1 to scale degree 3.  That significant difference of 12 half steps (resulting from ascending or descending from scale degree 1 to scale degree 3) is termed octave placement.  Any bass guitar player reading the chords in LGO and creating a bass line would have wide latitude in the intervals (space) between these two pitches.  LGO does not specify whether to ascend or descend.  Dr. Covach's *Examples* are mere speculation that each scale degree ascends.

112.    Moreover, at the top of Page10 of his Report, Dr. Covach opines that "a specific bass line is indicated by the chord symbols on the [LGO] lead sheet, even though it is not notated separately".  [Covach, p. 10].  This opinion is simply wrong, not to mention contradictory.  A performer can choose to create notes in a bass line in LGO in various orders (sequences), using different octaves, and can (as is the case in the TOL bass guitar part transcribed and analyzed below) also include "non-harmonic" tones, <u>i.e.</u>, play notes that are not a part of a concurrently sounding chord.

113.    Further, Dr. Covach's opinion about a "specific bass line" in LGO is contradicted by his own opinion earlier that "a bass line is a structural element in the music that can be realized in performance in any number of ways."  [Covach, p. 7].  In fact, as Dr. Covach correctly opines in the quotation immediately above, the notes that a performer chooses to "realize" in the bass line in a performance can go "in any number of ways".  Thus, suggesting that musicians who are playing a bass line for LGO are limited to playing scale degree 1 under the "I" chord, scale degree 3 under the "iii"

chord, scale degree 4 under the "IV" chord, and scale degree 5 under the "V" chord in ascending order (as transcribed in Dr. Covach's *Examples*) is merely speculative.  A bass guitarist is not limited to playing the one skeletal and simplistic "bass line" that is inferred by Dr. Covach in his *Examples* by simply looking at the chord progression in LGO.  Indeed, one would expect that there would be variation in the notes of the bass line in LGO, not a robotic "succession of the notes Eb – G – Ab – Bb" [Covach, p. 9] respectively under each corresponding chord.

The Inferred "Bass Line" Derives Entirely From The LGO Chords, Does Not Represent An Additional, Separate "Similarity", And Is Commonplace

114.    The "bass line" that Dr. Covach implies into LGO derives entirely from the LGO chords – he simply uses the lowest note in each chord as the "bass line."  As such, the "bass line" inferred by Dr. Covach does not represent an additional, separate element to consider.

115.    Indeed, using Dr. Covach's own methodology, a song that uses the basic I, iii, IV, V chord progression necessarily also embodies the 1 – 3 – 4 – 5 "bass line".  As noted above and in **Visual Exhibit H**, I identified 29 songs that predate LGO of which 25 include the I, iii, IV, V chord progression and 4 include the I, I/3, IV V chord progression.  Thus, using Dr. Covach's own methodology each of those 29 prior art works combine (1) the I, iii, IV, V chord progression and (2) a 1 – 3 – 4 – 5 "bass line", and thereby embody the first two "similarities" placed in issue by Dr. Covach.

116.    Therefore, regarding the combination of the I, iii, IV, V chord progression and the 1 – 3 – 4 – 5 "bass line", Dr. Covach is demonstrably wrong when he opines:

> "[T]he combination of the chord progression and bass line elements make this similarity even more distinctive and uncommon than it would be if either element were taken in isolation."  [Covach, p. 10]

In fact, the combination of the chord progression and "bass line" is not "uncommon" or "distinctive" at all because based on Dr. Covach's methodology (which ignores the actual "bass lines" and simply creates a "bass line" that consists of the lowest pitch in

40

each chord of the chord progression), a song that uses the I, iii, IV, V or I, I/3, IV, V chord progression also embodies the 1 – 3 – 4 – 5 "bass line".

<u>Even If One Were To Consider The "Bass Line" Inferred By Dr. Covach, It Is Very</u>
<u>Different From The Bass Guitar Expression In TOL, Which Dr. Covach Ignores Entirely</u>

117.    In contrast to LGO, TOL has an actual, articulated bass part.  For example, in TOL, the bass guitar enters at 0:24 (<u>i.e.</u>, at 24 seconds) and continues through to the end of TOL at 4:42 (four minutes and forty-two seconds).  Dr. Covach disregards and omits from his analysis the "bass lines" played on the bass guitar from 0:24 through approximately 4:42, over 90% of TOL, and merely identifies the lowest notes of the chords in TOL.  In doing so, the Covach Report fails to properly represent and analyze the "bass line" expression in TOL, as shown in Example 4 below.

118.    The top part of Example 4 below includes *Examples 2a and 2b* from page 9 of the Covach Report, and below Dr. Covach's *Examples 2a and 2b* is my transcription of the most frequently repeated 2-measure bass pattern in TOL.  I have written the scale-degree numbers above each note of the TOL bass line in my transcription.  The Covach Report transcription is unaltered.

## **EXAMPLE 4**

*Examples 2a (Gaye-Townsend) and 2b (Sheeran-Wadge): bass lines compared*



119.    As shown in Example 4, by any objective measure, the sequence of 4 pitches in TOL as transcribed by Dr. Covach in *Example 2b* is very different from the sequence of 8 pitches in the actual bass guitar part of TOL as transcribed by me. Moreover, Dr. Covach's *Example 2b* does not indicate any rhythmic durations in what he calls the "bass line" in TOL.  Dr. Covach's creation of a "bass line" in TOL does not properly represent the bass lines that are actually played in TOL and certainly does not represent the rhythmic durations and pitches of the most frequently played bass line in TOL.

120.    Now moving to "*2a*", Dr. Covach identifies the "bass line" in LGO in his *Example 2a*, copied above.  The sequence of 4 pitches in the "bass line" ascribed to LGO in *Example 2a* of the Covach Report is very different from the sequence of 8 pitches in the actual bass guitar part of TOL as charted immediately below.

LGO by Dr. Covach:                        1 – 3 – 4 – 5

TOL as played by the bass guitar:      1 – 3 – 3 – 4 – 5 – 5 – 7 – 1

121.    As transcribed and charted above, the 1 – 3 – 4 – 5 "bass line" that Dr. Covach ascribes to LGO (by identifying the lowest pitch in each chord) is objectively very different from the most frequently played bass line in TOL because:

- While there are two consecutive scale degree "3" pitches in TOL, there are no consecutive scale degree "3" pitches in LGO;
- While there are two consecutive scale degree "5" pitches in TOL, there are no consecutive scale degree "5" pitches in LGO;
- While there is a scale degree "7" in TOL, there is no scale degree "7" in LGO;
- While there is a descending interval of 8 half steps from scale degree "5" to scale degree "7" in TOL, there is no interval of 8 half steps in LGO;
- While there is an ascending interval of a half step from scale degree "7" to scale degree "1" in TOL, there is no interval of a half step in LGO;
- While the final pitch in TOL is scale degree "1", the final pitch is scale

42

degree "5" in LGO;

- While scale degree "1" at the end of TOL is a "non-harmonic" tone (i.e., it is not a pitch in the concurrent "V" chord), there are no "non-harmonic" tones" in the LGO "bass line"; and

- While the bass line in TOL consists of notes with varying rhythmic durations, none of the transcriptions of a "bass line" in LGO in any of the *Examples* in the Covach report have the same rhythmic durations as in the actual bass line in the most frequently played bass line in TOL.

## IV. E.  The Song Structures

The Covach Report's Findings Regarding The Song Structures Is Inherently Flawed Because It Improperly Mixes LGO And The "Let's Get It On" Sound Recording In Its Analysis of the Claimed Backing Pattern

122.   The section of the Covach Report titled "Use of Backing Pattern in Song as a Whole" starts at Page 14.  In *Example 4a* at Page 15 of the Covach Report, a structural chart of the sections (e.g., Verse, Chorus) in LGO is presented.  The Covach Report fails to concede that in its analysis and structural chart of the use of the claimed "backing pattern" in LGO, the number of measures has been halved.  Thus, while Dr. Covach writes that the "Total number of measures" in LGO is 84 [Covach, p. 15], in fact, there are a total number of 166 measures in LGO.  In addition, under the "Description" column wherein Dr. Covach writes "8 mm." (i.e., 8 measures), the section is in fact 16 measures in duration in LGO.  (See **Visual Exhibit B** in which I handwrote the measure #'s on LGO.)

123.   One reason for this discrepancy between the actual number of measures in each section of LGO and the number of measures analyzed in the Covach Report is that Dr. Covach uses the "Let's Get It On" sound recording in his analysis as evidenced in his explanation of the claimed "backing pattern" at Page 3 of his report.

> "The backing pattern as it occurs in these two works refers to a combination of music played from the sheet music by a competent

43

musician, as well as the equivalent combination as it is played by the drums, bass, and guitar and/or keyboards **in the recordings**.  In the case of **both recordings considered here**, this combination of instruments functions as the accompaniment to the vocal line…." [Covach, p. 3, emphasis added]

Of course, as discussed above, there are no drums, bass part, guitar part, or keyboard part in LGO.  Thus, Dr. Covach's analysis of the presence of the "backing pattern" at Pages 14-16 of his report mixes and matches LGO with the "Let's Get It On" sound recording.

The Song Structures, As Analyzed By Dr. Covach, Are Objectively Different

124.    In *Example 4b* at Page 16 of the Covach Report, a structural chart of the sections (e.g., Verse, Chorus) in TOL is presented.  Dr. Covach does not identify any portion of TOL as the Chorus.  According to Dr. Covach, TOL consists only of Verses and Bridges.

125.    I do not agree with the identification of some of the structural sections in LGO (at Page 15) and TOL (at Page 16) of the Covach Report.  (See my comparative structural charts of LGO and TOL at Page 10 above.)  Nonetheless, *as analyzed by Dr. Covach*, the structures of LGO and TOL are different because:

- While LGO begins with a Verse/Chorus pairing, TOL does not;
- While there are 5 Chorus sections in LGO, there are no Chorus sections in TOL;
- While the second Bridge section in LGO is preceded and followed by a Chorus, the second Bridge section in TOL is preceded and followed by a Verse; and
- While there is an "Ending" section in TOL, there is no "Ending" section in LGO.

44

126.    In summary, any usefulness of Dr. Covach's analysis of the claimed "backing pattern" in LGO and TOL is undercut by the mixing of LGO and the "Let's Get It On" sound recording and the untenable structural analysis of TOL.

## IV. F.  The Melodies At Issue

The Melodies At Issue In LGO And TOL Are Demonstrably Different And Any Similarities Are Unremarkable Even *As Transcribed In The Covach Report*

127.    The section of the Covach Report titled "Melodic Similarity" starts at Page 16.  The focus of this section is:

> "[C]omparing the first four measures of "Thinking Out Loud" with the second four measures of [the] eight-bar chorus for "Let's Get It On."
> [Covach, p. 16]

128.    As defined at Paragraph 22(d) above, "Melody" is a single line of music that consists primarily of a succession (i.e., a sequence or order) of pitches and the rhythmic durations of those pitches within a melodic phrase structure.  Pitch is the specific high or low placement of a musical sound, identified within a musical scale.[24]

129.    Returning to the Covach Report, it is notable that the vocal melody in the first four measures of the Verse of TOL is not being compared with the vocal melody in the first four measures of the Verse in LGO, nor is it being compared with the melody in the first four measures of a Chorus in LGO (the Covach Report identifies five Chorus sections in LGO).  Instead, the vocal melody in the first four measures of the Verse of TOL is being compared with the vocal melody in the second four measures of the Chorus in LGO.  Thus, out of a total of 166 measures in LGO, Dr. Covach claims that a vocal melody in the second half of a Chorus in LGO is "strikingly similar" [Covach, p. 16] to a vocal melody in the first four measures of Verse 1 of TOL.  In fact, even *as transcribed in the Covach Report*, these vocal melodies are decidedly different and any similarity is unremarkable and trite as explained below.

---

[24]     See "Melody" in *Harvard* (p. 499) and *Grove* (Vol. 16, p. 363).

130.    *Example 5a* and *Example 5b* are presented at the top of Page 18 in the Covach Report and copied immediately below without alteration.  Therein, Dr. Covach provides respective transcriptions of the vocal melodies, scale degrees of the pitches (as numbers placed above corresponding notes), lyrics, and chords (as Roman numerals placed under the lyrics) of the measures he places at issue.

*Example 5a (Gaye): "Let's Get It On," last four measures of chorus (0:37-0:48)*



*Example 5b (Sheeran): "Thinking Out Loud," first four measures of song*



131.    First, Dr. Covach's analysis of the vocal melodies omits any analysis of the rhythmic durations and metric placements (on and within beats) of the melodies. His analysis is limited to a superficial review of the pitch sequences.

132.    Second, Dr. Covach has halved the note values and measures in the vocal melody from LGO.  The four-measure vocal melody (including pickup notes) is, in fact, eight measures in LGO.

133.    Third, Dr. Covach miscopied the rhythmic durations of four notes in the second to last measure in *Example 5a* of LGO.  Set to the lyric, "on", Dr. Covach wrote rhythmic durations of the four notes in that measure as (1) dotted eighth, (2) sixteenth, (3) dotted eighth, (4) sixteenth.  However, after halving the note values, the correct rhythmic durations of the four notes in that measure are (1) sixteenth, (2) dotted eighth, (3) sixteenth, (4) dotted eighth.

134.    Fourth, I do not agree with all of the pitches or rhythmic durations of Dr. Covach's transcription of the four measures from TOL in *Example 5b*.  I believe that the transcription of the vocal melody in TOL placed at issue is more accurate in the published sheet music, attached as **Visual Exhibit C**.

135.    Nonetheless, for the purpose of this response to Dr. Covach's transcriptions and analysis of the vocal melodies he places at issue in LGO and TOL, I will refer to his transcriptions of the vocal melodies from LGO and TOL, respectively presented in *Examples 5a* and *5b* at Page 18 of his report and copied above.

136.    The LGO melodic excerpt in *Example 5a* consists of two melodic phrases and the TOL melodic excerpt in *Example 5b* consists of two melodic phrases. Immediately below is a comparative chart that places the pitches (as scale degrees) in the two melodic phrases of LGO on the top line and the pitches (as scale degrees) in the two melodic phrases of TOL on the bottom line *as transcribed and enumerated in the Covach Report*.

|  First melodic phrase |  Second melodic phrase |
| --- | --- |
| LGO:  1 1 1 <u>6 5 b3 2</u> |  6 5 <u>3 5 6 5 3</u> 3 5 6 |
| TOL:  3 5 <u>6 5 3 2</u> 1 2 3 5 1 |  <u>3 5 6 5 3</u> 3 2 1 1 |

137.    In the chart above, I have underlined the scale degree pitches exactly as in Dr. Covach's *Examples 5a* and *5b* transcriptions.  In LGO, the first underlined

47

sequence is 6  5  b3  2, but the corresponding pitches underlined in TOL are 6  5  3  2. There is a notable difference in the impact of the "b3" (lowered or flatted scale degree 3) in LGO as compared with the "3" in TOL as I demonstrate at the piano on Track 2 of **Audio Exhibit 1**.

138.    Staying with the comparative scale degree chart above, in the respective first melodic phrases, while the pitches that precede 6 5 b3 2 in LGO are **1  1  1**, the pitches that precede 6 5 3 2 in TOL are **3  5**, which is a significant difference. Furthermore, no pitches follow 6 5 b3 2 in the first melodic phrase in LGO, but five pitches follow 6 5 3 2 within the first melodic phrase in TOL, namely, **1  2  3  5  1**.  That is another significant difference with respect to the respective first melodic phrases, *as transcribed by Dr. Covach*.

139.    In the respective second melodic phrases, while the pitches that precede 3 5 6 5 3 in LGO are on scale degrees **6  5**, no pitches precede 3 5 6 5 3 in TOL. Moreover, while pitches **3  5  6** follow 3 5 6 5 3 in LGO, the very different **3  2  1  1** pitches follow 3 5 6 5 3 in TOL, *as transcribed by Dr. Covach*.  Indeed, one has to omit the first two pitches (6 and 5) in LGO to align it with the underlined 3 5 6 5 3 in TOL.

140.    Thus, even on the basis of an analysis of the pitches alone, the pitch sequences in the melodic phrases transcribed by Dr. Covach are objectively different.

141.    Moreover, the underlined 3 5 6 5 3 pitch sequence in the second melodic phrase in LGO lines up with greater similarity to the opening pitches of the well-known Stephen Foster song, "Camptown Races" ("CR"), first published in 1850, than as compared with TOL.  As charted below, the six pitches that match between "Camptown Races" and LGO are highlighted in red, while the five pitches that match between LGO and TOL are highlighted in blue in TOL.  Thus, there is a greater similarity between "Camptown Races" and LGO than between LGO and TOL regarding the pitch sequences that Dr. Covach places in issue.  This is demonstrated at the piano in Track 2 of **Audio Exhibit 1**.  (The sheet music of "Camptown Races" is attached as **Visual Exhibit J**.)

48

CR:        5 5 3 5 6 5 3

LGO:       6 5 3 5 6 5 3 3 5 6

TOL:       3 5 6 5 3 3 2 1 1

142.    Of course, a "melody" is more than a sequence of pitches.  As defined in scholarly dictionaries of music cited above, a "melody" also includes the rhythmic durations to which pitches are set.  In fact, there are significant differences in the rhythmic durations and metric placements of the corresponding pitches in the 6 5 b3 2 and 6 5 3 2 sequences as analyzed immediately below but omitted in the Covach Report.  Dr. Covach's plucking out pitches from different contexts in each work, without considering their melodic rhythm, context or durations, is not meaningful.

143.    With respect to the significant differences in the melodic rhythms of the melodies placed in issue, in the first melodic phrase, while the "6" in LGO is a quarter note on beat 1, the "6" in TOL is an eighth note on beat 3.  Thus, not only is the metric placement different (beat 1 as compared with beat 3), but also the rhythmic duration of the "6" in LGO is twice as long as the "6" in TOL, *as transcribed by Dr. Covach*.

144.    Next in the first melodic phrase, while the "5" in LGO is a quarter note on beat 2 tied (held) over to a dotted quarter note, the "5" in TOL is an eighth note on beat 3& (the second half of beat 3).  Thus, not only is the metric placement different (beat 2 as compared with beat 3&), but also the rhythmic duration of the "5" in LGO is five times longer than the "5" in TOL, *as transcribed by Dr. Covach*.

145.    Next in the first melodic phrase, while the "b3" in LGO is a sixteenth note held over to a sixteenth note on the last sixteenth of beat 4, the "3" (not "b3") in TOL is an eighth note squarely on (the beginning of) beat 4.  Moreover, while "b3" in LGO anticipates beat 1 of the next measure, "3" in TOL does not anticipate the beat.  Thus, the metric placement is different, the rhythmic duration is an eighth note in both LGO and TOL, and while "b3" in LGO anticipates beat 1, "3" in TOL does not anticipate beat 1, *as transcribed by Dr. Covach*.

49

146.   Regarding the last respective pitch in the first melodic phrases, while the "2" in LGO is a dotted eighth note on the second sixteenth of beat 1 in the next measure, the "2" in TOL is a sixteenth note on beat 4& in the first (not next) measure. Thus, not only is the metric placement different (the second sixteenth of beat 1 as compared with beat 4&), but also the rhythmic duration of the "2" in LGO is three times longer than the "2" in TOL, *as transcribed by Dr. Covach*.

147.   In addition, the melodic phrase structure is very different in the respective first melodic phrases in LGO and TOL as demonstrated on Track 2 of **Audio Exhibit 1**. The 6 5 b3 2 sequence of pitches in LGO is separated into two sub-phrases.  In LGO, the first sub-phrase consists of 1 1 1 6 5 with the 6 5 pitches sung to the lyric "on", followed by a rest.  The second sub-phrase in LGO consists of b3 2 sung to the lyrics "su-gar".  By way of difference, the melodic phrase structure of the first melodic phrase in TOL has no separation.  The entire phrase is sung as an uninterrupted melodic phrase, *as transcribed by Dr. Covach*.

148.   These significant differences in rhythmic durations, metric placements, and melodic phrase structures continue in the second melodic phrase in LGO and TOL, *as transcribed by Dr. Covach*.

149.   Dr. Covach has cherry picked melodic phrases at the beginning of the Verse in TOL and in the second half of the Chorus in LGO, but his efforts are fruitless. As shown above, these hand-picked melodic phrases from LGO and TOL, as transcribed in *Examples 5a* and *5b* in the Covach Report, are significantly different.  Dr. Covach's underlined pitches are preceded and followed by different pitches in LGO and TOL – the rhythmic durations, metric placements and melodic phrase structures are different – and any similarity is minimal, fragmentary, and unremarkable.

150.   On Track 2 of **Audio Exhibit 1**, I play at the piano and compare the LGO and TOL melodies in *Examples 5a* and *5b*.

**IV. G.   The Tempos**

There Is No Tempo Marking In LGO

151.    The section titled "Similar Tempos" starts at Page 18 of the Covach Report.  Dr. Covach claims that the tempos in LGO and TOL are "similar". However, there is no tempo marking in LGO as conceded in the last sentence of the section on "tempo" in the Covach Report as follows.

> "The Gaye-Townsend sheet music does not specify tempo and so must remain outside the parameter of this particular part of the discussion." [Covach, p. 19]

152.    Thus, there can be no claimed similarities in tempo between the two works.

The Covach Report Fails To Analyze Prior Art

153.    In the last Paragraph of the Covach Report, Dr. Covach writes:

> "Any argument positing that the Gaye-Townsend work makes use of one or more prior works would need to address the distinctive combination of chord progression, harmonic rhythm, and bass line (backing pattern) as described and detailed above. It is likely that prior works could be identified that use all three of these elements individually, and perhaps even two of them together." [Covach, p. 24]

154.    The Covach Report fails to analyze any prior art and thus there appears to be no basis for Dr. Covach's conclusion that the elements at issue, or the combination thereof, is "distinctive".  As shown above, while Dr. Covach admits that the "bass line" is fundamental to his conclusion regarding the claimed "backing pattern", he concedes that LGO does not notate a bass part, and the one possible "bass line" inferred by Dr. Covach derives entirely from the LGO chords and thus does not represent an additional,

51

distinct element.  Further still, even if one were to consider the "bass line" inferred by Dr. Covach, it is markedly different from the bass line in TOL.  And even using Dr. Covach's own methodology to infer a "bass line" into LGO, twenty-nine prior art works embody a combination of the chord progression and the 1 – 3 – 4 – 5 "bass line" that Dr. Covach infers.  Moreover, the full combination of chord progression, harmonic rhythm and inferred "bass line" is embodied in well-known works that predate LGO such as "Georgy Girl" (1967) and "Since I Lost My Baby" (1966) and works that postdate LGO such as "I've Got Love On My Mind" recorded by Natalie Cole (released in 1977).

## V.    AFFIRMATIVE AND REBUTTAL CONCLUSIONS

155.    On the basis of my musicological analysis, it is my professional opinion that LGO and TOL do not share any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate.

156.    The similarity between LGO and TOL is the use of a chord progression in LGO (that is not identical in TOL) that was commonly used in well-known songs prior to LGO (and after LGO) and a centuries-old and commonplace technique termed "anticipation".  That same use is embodied in well-known works that predate LGO such as "Georgy Girl" (as recorded by 101 Strings Orchestra and released in 1967) and "Since I Lost My Baby" (as recorded by Ray French and released in 1966) and works that postdate LGO such as "I've Got Love On My Mind" (as recorded by Natalie Cole and released in 1977).  After removing the similarities between the chord progressions and harmonic rhythms (including the anticipations) in LGO and TOL that are found in these prior art works, zero similarity in the chord progressions and harmonic rhythms (including the use of anticipations) remains between LGO and TOL.

157.    The Covach Report identifies a combination of three similarities related to the chords in LGO and TOL, namely: (1) the use of a chord progression, (2) the use of a "bass line", and (3) the harmonic rhythm (the rate of change) of the chords.  As demonstrated above, the combination of "three" similarities identified by Dr. Covach does not actually exist in LGO because LGO does not notate a bass part, and the one possible "bass line" inferred by Dr. Covach (out of the countless possible bass parts that

52

a bass player could choose to play based on LGO) derives entirely from the LGO chords and therefore does not represent an additional, separate element (in any event, the "bass line" inferred by Dr. Covach is distinctly different than the bass line in TOL). Thus, the only "similarities" that remain are the chord progression and the harmonic rhythm.

158.    Regarding the chord progression, Dr. Covach concedes that the (I, iii, IV and V) chord progression "cannot really be considered original" [Covach, p. 20] and that "[t]his is a very common progression, used in many songs…." [Covach, p. 5].  I agree.

159.    Regarding the harmonic rhythm, many objective differences exist.  One must disregard these objective differences and cut in half the value of the notes and chords in LGO to make the harmonic rhythm between the chord progressions at issue in LGO and TOL the same.  Moreover, after making those changes in LGO, this similarity merely reflects the simple use of a centuries-old and commonplace technique of "anticipation" (see footnote 1 above).  As shown above, songs that were well-known prior to LGO, such as "Georgy Girl" (1967) and "Since I Lost My Baby" (1966), embody these similarities.  After removing the similarities between the chord progressions and the harmonic rhythm that are found in the prior art works, "Georgy Girl" and "Since I Lost My Baby", zero harmonic similarity remains between LGO and TOL.

160.    In addition, there is nothing particularly novel, unique or distinctive about combining a musical building block such as the anticipation technique with any particular chord progression, let alone a commonplace chord progression.  Using the centuries-old anticipation technique in a commonplace chord progression does not evidence copying.  The fact that other composers (both before and after LGO) have used this same combination of a commonplace chord progression and a rhythmic musical building block (i.e., anticipation) is not indicative that subsequent composers, including Ed Townsend and Marvin Gaye, copied from the first composer who happened to combine these two basic musical elements together or from any subsequent composers who also used the same musical elements before Townsend and Gaye.

53

161.   Moreover, Ed Sheeran wrote or co-wrote at least twenty songs prior to 2014 that employ the commonplace anticipation technique listed in **Visual Exhibit I**.  In ten of those twenty songs, anticipation occurs in the second and fourth chords of a chord progression, which is also the case in TOL and LGO.  Thus, before co-authoring TOL, Ed Sheeran frequently used the well-worn musical technique of anticipation of chords, and, in ten of those earlier songs, anticipation within the harmonic rhythm occurs in the second and fourth chords of a chord progression as in LGO and TOL.  The Covach Report fails to consider Ed Sheeran's own pre-TOL use of the harmonic rhythm Dr. Covach placed in issue.

162.   Dr. Covach's claim that a fragment of vocal melody in TOL is "strikingly similar" to a fragment of vocal melody in LGO is demonstrably wrong.  As shown above and on Track 2 of **Audio Exhibit 1**, the melodies are significantly different and share no notable similarity *as transcribed in the Covach Report*.  Furthermore, the very thin melodic elements that are found in both LGO and TOL that are placed at issue in the Covach Report pre-exist LGO in the well-known song "Camptown Races" by Stephen Foster (first published in 1850).

163.   From a musicological perspective, the similarities that pre-exist LGO in famous songs cannot be used to support a claim of copying, let alone a claim of the copying of expression that can be monopolized by the authors of LGO.  As a result, when viewed within the context of prior art, the similarity between LGO and TOL is musicologically insignificant.

Respectfully submitted,

May 22, 2020                                  By:    Lawrence Ferrara, Ph.D.


                                             For:    Lawrence Ferrara, Inc.

54

## APPENDIX 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**NEW YORK UNIVERSITY**
**THE STEINHARDT SCHOOL**
**MUSIC AND PERFORMING ARTS PROFESSIONS**

## Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

## Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| '92-present | (Full) Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director, Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

1

**<u>Selected Professional Activities</u>**

New York: 4/15/2020, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright, delivered "remotely" due to quarantine

Cambridge, Mass: 2/3/2020, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Music Copyright and Musicology, at New York University

Cambridge, Mass: 2019, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2019, Download Digital Tech Conference hosted by Davis Wright Tremaine, invited participation on a panel regarding music copyright

New York: 2018, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass: 2018, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York: 2018, American Musicological Society GNY, invited participation on a panel hosted at Columbia University regarding Leadership and the Future of Musicology

New York: 2017, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Philosophy and Musicology, at New York University

2

New York:       2017, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Cambridge, Mass:       2017, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York:       2017, American Musicological Society GNY, invited presentation and participation on a panel hosted at Columbia University regarding Leadership in Musicology

Los Angeles, California       2017, Southwestern Law School Annual Media Law Conference, invited panel member regarding music copyright

New York:       2016, Loeb & Loeb, Annual IP/Entertainment Law CLE Conference, invited panel member regarding music copyright

New York:       2016, The Copyright Society of America (NY), invited panel member regarding music copyright

New York:       2016, American Musicological Society GNY, peer-reviewed presentation regarding Corpus Analysis in musicology

Cambridge, Mass:       2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

New York:       2016, invited lecture on music copyright at Fordham University Law School, class on Advanced Copyright

Cambridge, Mass:       2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law

3

| | |
|---|---|
| New York: | 2015, American Musicological Society GNY, invited presentation and participation on a panel hosted by The Juilliard School at Lincoln Center regarding Changes in Music Delivery and Reception in the 21st Century |
| Cambridge, Mass: | 2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims |
| New York: | 2014, International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v. Diamond |
| Cambridge, Mass: | 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in "The Phantom Song" from *Phantom of the Opera* by Andrew Lloyd Webber related to *Repp v Webber* |
| New York: | 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |

4

| | |
|---|---|
| Cambridge, Mass: | 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| Sweden: | 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright |
| Cambridge, Mass: | 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2010, invited presentation and moderator of a panel on sound recording sampling and music copyright for The Copyright Society of the United States, New York Chapter |
| New York: | 2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Montclair, NJ: | 2010, invited to give the Inaugural Jack Sacher Memorial Research Lecture (on music analysis in music copyright matters) for the opening of the John Cali School of Music at Montclair State University |
| New York: | 2010, invited lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City |
| New York: | 2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Ireland: | 2007, interviewed on Irish radio regarding music copyright |

New York:    2007, Invited opening and closing lectures for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music regarding Music Learning and Performance in Finland

New York:    2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright

New York:    2006, invited panelist at the Remix Conference regarding music copyright

New York:    2006, invited presentation for the New York Institute for the Humanities regarding music analysis and music copyright

New York:    2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New York Philharmonic

Washington
D.C.:    2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright and *Newton v Diamond*

New York:    2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

Cambridge,
Mass.:    2005, invited panelist/presenter at Harvard University Law School's Berkman Center in a national conference regarding technology and intellectual property

New York:    2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Los
Angeles:      2005, invited lecture regarding music analysis and music copyright
              in Los Angeles for an NYU Alumni event

Orlando:      2005, invited lecture regarding music copyright and music analysis
              in Orlando, Florida for an NYU Alumni event

Hawaii:       2004, invited workshop presentation and session chair regarding
              methodology for the analysis of a J. S. Bach organ prelude for the
              International Conference on Arts and the Humanities

Norway:       2003, invited series of lectures on music theory and analysis co-
              sponsored by the Music Theory and Composition Departments of
              the Norwegian Music Academy, and the Department of Philosophy
              at the University of Oslo

New York:     2001, invited presentation and Chair of a panel at The United
              Nations regarding "Music within a Global Context."

Italy:        Summer 1993 & Summer 1994, Visiting Professor at University of
              Pisa
              teaching music analysis, performance practices, and philosophy of
              music


As a pianist, performed solo recitals and as an accompanist in the United States
and Europe including on radio and television, recordings released by Orion
Master Recordings and Musique international, and performed for musical theatre
shows, accompanist to internationally acclaimed singers, and as a session
pianist in pop styles.

At New York University's Steinhardt School: Director of Music Performance
Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of
the Department from 1995 – 2011, and Director of all Music and Performing Arts
studies (undergraduate through Ph.D.) in The Steinhardt School at New York
University from 2006-2011.  Named "Director Emeritus" of Steinhardt Music and

7

Performing Arts in 2011.  Currently on the full-time faculty in music theory and music history.

Currently on the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

## **Awards**

1972        Stoekel Fellowship, Yale University Graduate School of Music, Chamber Music

1985        Presidential Research Fellowship, NYU

1988        Co-PI, Federal Grant for Research

1989        Co-PI, Federal Grant for Research renewed

1996        Daniel E. Griffiths Award for publication regarding the analysis of Arthur Schopenhauer's works on music (Cambridge University Press, 1996).

## **Membership in Professional Organizations**

American Musicological Society

Society for Music Theory

## **Publications: Books**

Ferrara, Lawrence        *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991

Ferrara, Lawrence and
Kathryn E. Ferrara        *Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986

8

| | |
|---|---|
| Phelps, Roger, Lawrence Ferrara and Thomas Goolsby | *A Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993 |
| Phelps, Roger, Lawrence Ferrara, *et al* | *A Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005 |

## **Courses Taught at NYU**

| | |
|---|---|
| Aesthetic Foundations of the Arts: | for Ph.D. students |
| Aesthetic Inquiry: | for Ph.D. students |
| Arts Heritage and Criticism: | for M.M. students |
| Classic Era Music, Analysis: | for M.M. students |
| Contemporary Music, Analysis: | for M.M. and Ph.D. students |
| Dissertation Proposal Seminar: | for Ph.D. students |
| Keyboard Harmony and Improvisation: | for B.M. students |
| Music Copyright, Landmark Cases: | for B.M. students |
| Music Criticism: | for M.M. students |
| Music History III, 19th Century: | for B.M. students |
| Music History IV, 20th & 21st Century: | for B.M. students |
| Music Performance Practices: | for M.M. students |
| Music Reference & Research Methods: | for M.M. and Ph.D. students |
| Music Theory and Analysis: | for B.M. students |
| Seminar in Music Theory & Analysis: | for M.M. and Ph.D. students |

9

**Music Copyright**

A music expert in music copyright issues for more than twenty years providing opinions for plaintiffs and defendants

An active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad

A regularly invited guest lecturer in music copyright in classes at Columbia University Law School and Harvard University Law School

Member of numerous conference panels regarding music copyright such as a panel presentation hosted by Harvard Law School in 2005, a panelist at the Future of Music Policy Summit in 2005 (Washington, D.C.), the CMJ Conference at Lincoln Center in 2006, the Remix Conference in 2006 (NY), a panel moderator in 2010 and a panel member in 2016 for The Copyright Society of the United States (NY), and a panelist for conferences at Loeb and Loeb (NY) in 2016, Southwestern Law School (LA) in January 2017, and for Davis Wright (NY) in October 2019.

Peer-reviewed presentations regarding music copyright for the American Musicological Society (GNY) in 2013, 2014, 2016, and 2019.

**Deposition and/or Trial Testimony in the last ten years**

(1) Batts *et al* v. Adams *et al* in 2011
(2) Francescatti v. Germanotta *et al* in 2013
(3) Marino v. Usher *et al* in 2013
(4) Roberts *et al* v. Gordy *et al* in 2014
(5) Roberts *et al* v. Gordy *et al* in 2015
(6) Fahmy v. Shawn Carter *et al* in 2015
(7) Copeland v. Bieber *et al* in 2016

(8) <u>Skidmore v. Led Zeppelin *et al*</u> in 2016

(9) <u>Gray, *et al* v. Hudson, *et al*</u> in 2018

(10) <u>Gray, *et al* v. Hudson, *et al*</u> in 2019

## **Fee rate for Professional Services**

$475 per hour plus any travel related expenses

11

# VISUAL
# EXHIBIT A

Page 1

# Application
## for Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**FORM E**

| REGISTRATION NO. | |
|---|---|
| E P 314589 | CLASS **E** |

DO NOT WRITE HERE
EP      EU

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name ---- Stone Diamond Music Corp.
6464 Sunset Blvd.
Address ---- Hollywood, Calif. 90028

Name ---- Cherritown Music Co., Inc.
Box 37
Address ---- Fosterdale, N.Y. 12735

**2. Title:** ---- LET'S GET IT ON
(Give the title of the musical composition as it appears on the copies)
#5958

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name ---- Ed Townsend
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ---X-- Other ----
(Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes _X_ No ---- Address ---- 6464 Sunset Blvd. ---- Author of ---- words & music
(State which: words, music, arrangement, etc.)

Name ----
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ------ Other ----
(Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes ---- No ---- Address ---- Author of ----
(State which: words, music, arrangement, etc.)

Name ----
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ------ Other ----
(Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes --- No ---- Address ---- Author of ----
(State which: words, music, arrangement, etc.)

**NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

**(a) Date of Publication:** Give the date when copies of that particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE· The full date (month, day, and year) must be given.

February 14, 1973
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

USA

**NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.**

**Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ----- No ----- Date of registration ---------- Registration number ----------
Was work previously published? Yes ----- No ----- Date of publication ---------- Registration number ----------
Is there any substantial NEW MATTER in this version? Yes ......... No ......... If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

Complete all applicable spaces on next page

y

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

...... Stone Diamond Music Corp. ...............................................................................................................

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ...... Stone Diamond Music Corp. ...... Address ............... below ...............

8. Send certificate to:

(Type or print name and address)

Name ...... STONE DIAMOND MUSIC CORP. ......

Address ...... 6464 Sunset Blvd. ......
(Number and street)

...... Hollywood, Calif. 90028 ......
(City)            (State)            (ZIP code)

9. **Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

▶ ................................................................................
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A or B
{Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
{Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E
{Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K
{Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M  }Form L–M—Motion picture.

Class N  Form N—Sound recordings.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | ✦ (Appl.) Sho v.1510 p._____ Acs en. Rec. |
| One copy received | |
| Two copies received | Re: AUTHORSHIP |
| Fee received | |
| Renewal   R 840-063 | |

U.S. GOVERNMENT PRINTING OFFICE: 1972—O—454-207



# LET'S GET IT ON

E P 314589

ED TOWNSEND

© 1973 STONE DIAMOND MUSIC CORP.        HOLLYWOOD, CALIF, U.S.A.
AND CHERRITOWN MUSIC CO., INC.









# VISUAL

# EXHIBIT B



# LET'S GET IT ON

E P 314589

ED TOWNSEND

© 1973 STONE DIAMOND MUSIC CORP.   HOLLYWOOD, CALIF, U.S.A.
AND CHERRITOWN MUSIC CO., INC.









# VISUAL

# EXHIBIT

# C

# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge



© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*



2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Musicnotes.com



2 copies licensed
Authorized for use by: *Lawrence Ferrara*



Musicnotes.com

**2 copies licensed**
Authorized for use by: *Lawrence Ferrara*

# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge



© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

musicnotes.com

Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*



musicnotes.com

Authorized for use by *Lawrence Ferrara*



musicnotes.com

Authorized for use by *Lawrence Ferrara*



musicnotes.com

Authorized for use by *Lawrence Ferrara*

# VISUAL

# EXHIBIT D

# Money Chords

## A Songwriter's Sourcebook of Popular Chord Progressions

*Richard J. Scott*

Writers Club Press
San Jose  New York  Lincoln  Shanghai

**Money Chords**
A Songwriter's Sourcebook of Popular Chord Progressions

All Rights Reserved © 2000 by Richard J. Scott

No part of this book may be reproduced or transmitted in
any form or by any means, graphic, electronic, or mechanical,
including photocopying, recording, taping, or by any
information storage or retrieval system, without the
permission in writing from the publisher.

Published by Writers Club Press
an imprint of iUniverse.com, Inc.

For information address:
iUniverse.com, Inc.
620 North 48th Street
Suite 201
Lincoln, NE  68504-3467
www.iuniverse.com

ISBN: 0-595-01039-3

Printed in the United States of America

# "E-G#" Chord Progressions

The most frequent progressions that begin with the "E" chord and then move to the "G#" chords are as follows:

| | |
|---|---|
| Rock Ballad<br>("G#m" Substitution) | E-G#m-A-B7   ⟵ |
| Standard("G#m" Substitution) | E-G#m-F#m-B7 |
| Five Chord Ragtime | E-G#7-C#7-F#7-B7 |
| Descending "E-D#-C#-B"<br>Bass Lines | E-G#m/D#-C#m-E/B<br>E-G#7/D#-C#m-E7/B |
| Descending "E-D#-D-C#"<br>Bass Lines | E-G#m/D#-Bm/D-C#7 |

The "E-G#m-A-B7" Rock Ballad("G#m" Substitution)Progression is similar to the "E-C#m-A-B7" Rock Ballad Progression except the "C#m" chord has been substituted by the "G#m" chord which creates an interesting Ascending Bass Line. The "E-G#m-A-B7" Progression was used in the 1960s and 1970s to create such songs as Peter And Gordon's 1965 top twenty cover of Buddy Holly's *True Love Ways*, Ex-Beatle Paul McCartney's 1973 James Bond film theme hit *Live And Let Die*, and Rod Stewart's 1989 *Have I Told You Lately*.

The "E-G#m-F#m-B7" Standard("G#m" Substitution)Progression is similar to the "E-C#m'F#m-B7" Standard Changes except that the "G#m" chord is substituted for the "C#m" chord. Examples of hit songs based on the Standard("G#m" Substitution)Progression commonly used in 1960s and 1970s include Bobby Vinton's 1963 number one *Blue Velvet*, The Commodores' 1977 top five *Easy*, and Melissa Manchester's 1979 top ten *Don't Cry Out Loud*.

The "E-G#7-C#7-F#7-B7" Five Chord Ragtime Progression follows the Circle of Fifths through four changes was used primarily in the 1920s. Where Blues Progressions tend to be twelve bars, in

57

# VISUAL

# EXHIBIT E

# GUITAR

## · FOR ·

# ADVANCED
# BEGINNERS

## NEW YORK CITY
## GUITAR SCHOOL



Guitar for Advanced Beginners
© 2016 New York City Guitar School
Text © 2016 by Dan Emery

All rights reserved. No part of this book may be reproduced in any manner in any media, or transmitted by any means whatsoever, electronic or mechanical (including photocopy, film or video recording, Internet posting, or any other information storage and retrieval system), without the prior written permission of the publisher.

Published in the United States by NYC Guitar School.

NYC Guitar School
251 West 30th Street
New York, NY 10001

Publisher: Dan Emery
Editor: Vince DeMasi and Matt Williamson
Additional Material by: Matt Williamson

Book design: Chika Azuma

Printing: InstantPublisher

ISBN 978-0-9825998-6-0
First edition

Printed and Bound in the United States

## Super-Charge Your Learning

IN PERSON *nycguitarschool.com*
Schedule lessons or sign up for classes, events, open mics and camps here in New York City. Visiting New York? Drop by for a lesson or just to say hello!

LEARN ONLINE *guitarlessons.nyc*
Sign up for NYC Guitar School Online and get full access
- Hundreds of video lessons that correspond with your book
- Online chord dictionary with audio clips
- Online strum library with video examples
- Online access to all five NYC Guitar School core courses
- Hundreds of charts for all of your favorite songs
- And more

## Acknowledgements

Wow! I can't believe we're here...the final book in the New York City Guitar School beginner series. When I started writing Guitar For Absolute Beginners, the school had only one teacher (yours truly), my young family had one small child, and I had a small but amazing group of students and friends who encouraged me.

Since those first days of typing away lesson plans on the subway, a lot has changed. Last year our 50 teachers taught over 3,000 students in our city locations and thousands more around the world via our books and online classes, and that little son is now taller than me! But one thing that hasn't changed is that I'm surrounded by students, teachers and friends who inspire and push me and the school to be better.

Thank you to my students, who shared their enthusiasm, stoked my love of music, endured my teaching mistakes, and encouraged my teaching improvements. The moments when I am teaching you are among the happiest in my life.

Thank you to all those who have read and used the books, who have left reviews on Amazon, and who have written emails and letters of encouragement and criticism.

Thank you to the teachers, especially those who have been part of the school since its infancy, including Matt Boas, Lenny Molotov, Suke Cerulo, Brett Parnell, Tom Burda, Kenji Shinagawa, Vince DeMasi, Tia Vincent-Clark, Michelangelo Quirinale, Kyle Tigges, Tony Calabro, Jaime Garamella, Austin Mendenhall, Aki Ishiguro. I am also thankful to those teachers who contributed to NYCGS and spent time here before moving on to other cities or paths, especially Matt Williamson, Anne Husick and Woody Quinn.

Thank you to my teachers. Mike Dulak taught me my first riffs and licks back in Moscow, Idaho, and demanded that I teach myself by listening to the record (pre-internet TAB). Walter Parks taught me rhythm, inversions and voicings...and demonstrated the importance of presence and conviction in guitar playing and life. And Joe Calvert taught me modes and scales, and modeled approaching guitar teaching in an organized, student centered manner.

Two of my best teachers I knew only through their books: Mick Goodrick's book *The Advancing Guitarist* influenced me the most as a guitar player, and Jerry Silverman's *How to Play The Guitar* influenced me the most as a teacher.

I spent untold hours with great musicians who shared their chops, progressions and perspectives with me, including Steve Espinola, Tom Nishioka, Lenny Molotov and Matthias Miller. And of course, Hank Williams, Chuck Berry, Billy Gibbons, Mike Campbell and hundreds of other songwriters and guitar players were my constant guitar companions in their songs.

Thanks to co-owner Jen Elliott for making NYCGS the friendliest and most enthusiastic guitar school on the planet and having my back at all times. Thanks to Shane Chapman for putting all our courses online (and insisting that the school run a profit). Thanks to Samoa Jodha for constantly influencing our school (and me) to be kind, empowering and excellent. Thanks to our Leadership Team, including Ivan Orellana, Rob Adler, Subrina Torres and Leanna Burton for building and running our programs.

Finally, thank you to the team that brought this book into completion. Thank you to Chika Azuma, who made this book look beautiful despite my best efforts. Thank you to Vince DeMasi for his skillful editing and comments. And especially thank you to Matt Williamson, who revised the book organization, rewrote several sections, created the practice plans, took photos, and brought the book over the finish line. Awesome job, Matt—now, please move back to NYC!

Dan

# CLASS SEVEN SONGS
## *A*-Form *Major/Minor/7th* Chords

The Andalusian Cadence is the right progression to practice moving up and down the *A*-string, but the *I-iii-IV-V* progression is the PERFECT chord combination to begin mixing your new *A*-shape minor and 7th chords with *E*-shape chords.

It shows up in songs like "I Do" by Jude, "If I Had A Hammer" by Pete Seeger and Lee Hays, "Cruel to be Kind" by Nick Lowe, "True Love Ways" by Buddy Holly, "I Started A Joke" by the Bee Gees, "Ziggie Stardust" by David Bowie....

### If I Had a *I-iii-IV-V* Progression

| *E*-form | *A*-form | *A*-form | *A*-form |
|----------|----------|----------|----------|
| ‖ G | Bm | ⎜ C | D7 ⎜‖ |
| I | iii | IV | V7 |

You already know that the Andalusian Cadence is one of the worlds most common song progressions. It also is the perfect progression to practice moving your new *A*-string based barre chords up and down the neck. Try it out:

### Andalusian In *D* Minor

‖ Dm   C ⎜ B♭   A7 ⎜ Dm   C ⎜ B♭   A7 ⎜‖

Once you get comfy with the descending barre shapes, try going in the other direction with this progression reminiscent of the classic "Live and Let Die" by Paul McCartney, or "Do You Believe in Love" by Huey Lewis, or the verse to "I Do" by Howie Day.

### Live and Let Lie

‖ B♭   Dm ⎜ E♭   F ⎜‖

# CLASS EIGHT SONGS
## *I-V-vi-IV* AND *I-iii-IV-V*

HERE AGAIN is the *I-V-vi-IV* progression, a la "One Day" by Matisyahu, "No Woman No Cry" by Bob Marley, "Someone Like You" by Adele and zillions of other tunes. Since the release of a video called "Four Chord Song" by Axis of Awesome, some people just call this the Axis of Awesome Chord Progression. Here the progression is written in the key of *D*, just as the Axis of Awesome play it.

**4 Chords of Glory**

| **D** | **A** | **Bm** | **G** | |

We first played the *I-iii-IV-V* progression in Class Seven. Here it is again, in the key of *A*, so that you can continue mixing your *A*-shape minor and *7th* chords with *E*-shape chords. It shows up in songs like "If I Had A Hammer" by Pete Seeger and Lee Hays, "Cruel to be Kind" by Nick Lowe, "Ziggie Stardust" by David Bowie, "Good Little Girl/Bad Little Boy" from Adventure Time, "Stuck on You" by Lionel Richie, "Live and Let Die" by the Wings, "Fun, Fun, Fun" by the Beach Boys, "Crocodile Rock" by Elton John, and "Let's Get It On" by Marvin Gaye.

By the way, even though "Let's Get It On" was recorded in 1973, which is AFTER dozens of other *I-iii-IV-V* songs were recorded, I firmly believe that Marvin Gaye did not plagiarize the song—he was simply writing a song using a common progression, just like every other professional songwriter does.

Play the first chord as an *E*-form and the last three chords as *A*-shape chords.

**4 Chords of Slightly Less Glory**

| **A** | **C♯m** | **D** | **E7** | |

# VISUAL
# EXHIBIT F

# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge

Verse A

1. When your legs don't work like they used to be-fore,
2. When my hair's all but gone and my mem - o - ry fades,

and      I can't sweep you off of your feet,
and      the crowds don't re - mem-ber my name,

will your mouth still re-mem-ber the taste of my love,
when my hands _____ don't _ play the strings the same way, mmm, __

© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

 musicnotes

Authorized for use by: *Lawrence Ferrara*



musicnotes

Authorized for use by: *Lawrence Ferrara*



Authorized for use by: *Lawrence Ferrara*



musicnotes

Authorized for use by: *Lawrence Ferrara*



Authorized for use by: *Lawrence Ferrara*

# VISUAL EXHIBIT G

# Get Off of My Cloud



© 1965 (Renewed) ABKCO MUSIC, INC.
All Rights Reserved

Get Off of My Cloud - 2 - 1
FBM0008

███████████████████████████

115



*Verse 2:*
The telephone is ringing, I say, "Hi, it's me. Who is it there on the line?"
A voice says, "Hi, hello, how are you?" Well, I guess I'm doin' fine.
He says, "It's three a.m., there's too much noise. Don't you people ever wanna go to bed?
Just 'cause you feel so good, do you have to drive me out of my head?"
*(To Chorus:)*

*Verse 3:*
I was sick and tired, fed up with this, and decided to take a drive downtown.
It was so very quiet and peaceful, there was nobody, not a soul around.
I laid myself out, I was so tired and I started to dream.
In the morning the parking tickets were just like a flag stuck on my window screen.
*(To Chorus:)*

Get Off of My Cloud - 2 - 2
FBM0008

# VISUAL EXHIBIT H

<u>Pre-LGO (1973), 25 Songs With **I, iii, IV, V** Chord Progression</u>

1. "True Love Ways" (1960) Buddy Holly and (1965) Peter & Gordon

2. "Last One to Know" (1961) The Fleetwoods

3. "Mister Lonely" (1962) Bobby Vinton

4. "Big Girls Don't Cry" (1962) The Four Seasons

5. "Once Upon a Dream" (1963) Billy Fury

6. "Sugar and Spice" (1963) The Searchers

7. "A Summer Song" (1964) Chad and Jeremy

8. "Fun, Fun, Fun" (1964) The Beach Boys

9. "I Do" (1964) The Castells and The Beach Boys

10. "Downtown" (1964) Petula Clark

11. "I Feel Fine" (1964) The Beatles

12. "I Go to Pieces" (1965) Peter & Gordon

13. "You Didn't Have to Be So Nice" (1965) The Lovin' Spoonful

14. "Turn Around" (1966) Sonny & Cher

15. "Just Like a Woman" (1966) Manfred Mann

16. "Since I Lost My Baby" (1966) Ray French

17. "Georgy Girl" (1967) 101 Strings Orchestra

18. "Different Drum" (1967) Stone Poneys

19. "Hurdy Gurdy Man" (1968) Donovan

20. "I Started a Joke" (1968) The Bee Gees

21. "Baby Make It Soon" (1969) Marmalade

22. "You Know My Name (Look Up the Number)" (1970) The Beatles

23. "Sooner or Later" (1971) The Grass Roots

24. "Crocodile Rock" (1972) Elton John

25. "Nice to Be With You" (1972) Gallery


Pre-LGO (1973), 4 Songs With **I, I/3, IV, V** Chord Progression

1. "Tuxedo Junction" (1939) Glenn Miller

2. "Get Off of My Cloud" (1965) The Rolling Stones

3. "Expressway to Your Heart" (1967) Soul Survivors

4. "Make Your Own Kind of Music" (1968) Will-O-Bees


1973 Through 2013 (before TOL), 17 Songs With **I, iii, IV, V** Chord Progression

1. "I Won't Last a Day Without You" (1974) The Carpenters

2. "You" (1975) George Harrison

3. "I've Got Love on My Mind" (1977) by Natalie Cole

4. "Sleeping Single in a Double Bed" (1978) Barbara Mandrell

5. "Down in the Tube Station at Midnight" (1978) Jam

6. "Bright Side of the Road" (1979) Van Morrison

7. "Waiting for an Alibi" (1979) Thin Lizzy

3

8.  "Going Underground" (1979) Jam

9.  "Smoky Mountain Rain" (1980) Ronnie Milsap

10.  "Nobody Want to Be Alone" (1983) Crystal Gayle

11.  "That's the Thing About Love" (1984) Gary Nicholson

12.  "Every Time You Go Away" (1985) Paul Young

13.  "Angel Eyes" (1988) Jeff Healey Band

14.  "If We Hold On Together" (1988) James Horner & Will Jennings

15.  "Fu**er" (2000) by The Eels

16.  "Torn on the Platform" (2007) Jack Penate

17.  "Pass It On" (2013) Kurt Kaiser


1973 Through 2013 (before TOL), 6 Songs With **I, I/3, IV, V** Chord Progression

1.  "Have I Told You Lately" (1989) Van Morrison

2.  "She's In Love with the Boy" (1991) Trisha Yearwood

3.  "Streets of Broken Hearts" (1992) Slaughter

4.  "I Can Love You Like That" (1995) All-4-One

5.  "You're Still the One" (1998) Shania Twain

6.  "Better Than Me" (in or around 2013) co-authored by Amy Wadge

4

# **VISUAL EXHIBIT I**

<u>2005 Through 2013 (before TOL), 20 Ed Sheeran Songs With Chord Anticipations</u>

1.  "I Love You" (2005) at 2:39 (2nd and 4th chord anticipations)

2.  "Last Night" (2006) at 1:06, (2nd and 4th chord anticipations)

3.  "Stevensong" (2006) at 0:12, (2nd and 4th chord anticipations)

4.  "No Luck" (2006) at 0:00, (2nd and 4th chord anticipations)

5.  "Move On" (2007) at 0:57

6.  "Yellow Pages" (2007) at 0:00, (2nd and 4th chord anticipations)

7.  "Two Blokes and a Double Bass" (2007) at 0:11, (2nd and 4th chord anticipations)

8.  "Postcards" (2007) at 1:06, (2nd and 4th chord anticipations)

9.  "Be Like You" (2007) at 0:09, (2nd and 4th chord anticipations)

10. "Sunburn" (2009) at 3:02

11. "Homeless" (2010) at 0:37

12. "Good Bye to You" (2001) at 1:43, (2nd and 4th chord anticipations)

13. "U. N. I." (2011) at 0:56

14. "Kiss Me" (2011) at 0:03

15. "Sleeping with My Memories" (2011) at 0:35

16. "Small Bump" (2012) at 1:20

17. "Hush Little Baby" (2012) at 1:34

18. "Old School Love" (2013) at 0:14

19. "Play It Loud" (2013) at 0:07 20.

20. "I See Fire" (2013) at 0:33, (2nd and 4th chord anticipations)

# VISUAL EXHIBIT J

# CAMPTOWN RACES

Copyright © 2000 by HAL LEONARD CORPORATION

Words and Music by
Stephen C. Foster