ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/21

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

STRUCTURED ASSET SALES, LLC,

                    Plaintiff,              18 Civ. 5839 (LLS)

     - against -
                                             OPINION & ORDER
EDWARD CHRISTOPHER SHEERAN, p/k/a            ON DEFENDANTS'
ED SHEERAN, SONY/ATV MUSIC                   MOTION FOR SUMMARY
PUBLISHING, LLC, ATLANTIC RECORDING          JUDGMENT
CORPORATION d/b/a ATLANTIC RECORDS,
BDI MUSIC LTD., BUCKS MUSIC GROUP LTD.,
THE ROYALTY NETWORK, INC., DAVID
PLATZ MUSIC (USA) INC., AMY WADGE,
JAKE GOSLING and DOES 1 THROUGH 10,

                    Defendants.
- - - - - - - - - - - - - - - - X
```

In light of the rulings in the September 9, 2021 Opinion and Order on Defendants' Motion in Limine, the parties' motions for summary judgment are dismissed without prejudice to renewal after submission of Plaintiff's experts' final reports, addressing only claimed infringement of the Deposit Copy.

So Ordered.

Dated: New York, New York
       September 14, 2021

                                    _____
                                         Louis L. Stanton
                                             U.S.D.J