```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
STRUCTURED ASSET SALES, LLC,

        Plaintiff,     18 Civ. 5839 (LLS)

  - against -                   CLERK'S JUDGMENT

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, SONY/ATV MUSIC
PUBLISHING, LLC, ATLANTIC RECORDING
CORPORATION d/b/a ATLANTIC RECORDS,
BDI MUSIC LTD., BUCKS MUSIC GROUP LTD.,
THE ROYALTY NETWORK, INC., DAVID
PLATZ MUSIC (USA) INC., AMY WADGE,
JAKE GOSLING and DOES 1 THROUGH 10,

        Defendants.
- - - - - - - - - - - - - - - - X

    It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated May 16, 2023, defendants' Motion for Reconsideration is granted. Accordingly, their Motion for Summary Judgment is granted. The Complaint is dismissed with prejudice. Plaintiff's renewed cross-motion for Summary Judgment is denied and the case is closed.

**Dated:** New York, New York
      May 17, 2023

                                                 **RUBY J. KRAJICK**

                                                 Clerk of Court
                                     BY: _[signature]_

                                                 **Deputy Clerk**