UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

STRUCTURED ASSET SALES, LLC,

      Plaintiff,

  v.

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, SONY/ATV MUSIC PUBLISHING, LLC, ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC RECORDS, BDI MUSIC LTD., BUCKS MUSIC GROUP LTD., THE ROYALTY NETWORK, INC., DAVID PLATZ MUSIC (USA) INC., AMY WADGE, JAKE GOSLING and DOES 1 THROUGH 10,

      Defendants,

---------------------------------------------------------- X

Index No. 1:18-cv-5839 (LLS)

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Structured Asset Sales, LLC hereby appeals to the United States Court of Appeals for the Second Circuit from the May 17, 2023 Judgment (ECF 218).[1]

Dated: New York, New York
      June 16, 2023

Respectfully submitted,

  /s/ Hillel I. Parness
Hillel I. Parness
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016
212-447-5299
hip@hiplaw.com
*Attorneys for Plaintiff*

---

[1] "The notice of appeal encompasses all orders that, for purposes of appeal, merge into the designated judgment or appealable order. It is not necessary to designate those orders in the notice of appeal." Fed. R. App. P. 3(c)(4).